UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



CONSTRUTORA NORBERTO ODEBRECHT S.A.,

        Plaintiff,

v.

GENERAL ELECTRIC COMPANY, GENERAL
ELECTRIC INTERNATIONAL, INC., GE
INFRASTRUCTURE, INC., GE POWER SYSTEMS,
INC., GE ENERGY LLC and GE HYDRO POWER, INC.,

        Defendants.

Civil Action No.

**Rule 7.1 Statement**

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Construtora Noberto Odebrecht S.A. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    Construtora Norberto Odebrecht S.A., a corporation organized under Brazilian law and domiciled in Brazil, is wholly owned by Odebrecht S.A.. Odebrecht S.A., the holding company for the Odebrecht Group, is a publicly-traded but closely-held corporation organized under Brazilian law and domiciled in Brazil. The Odebrecht Group is a Brazilian business conglomerate.

Dated: New York, NY
       September 12, 2007

                            BOIES, SCHILLER & FLEXNER LLP

                            _____
                            Donald L. Flexner
                            George T. Frampton Jr.
                            Howard L. Vickery
                            Amy L. Neuhardt
                            575 Lexington Avenue, 7th Floor
                            New York, NY 10022
                            (212) 446-2300 (phone)
                            (212) 446-2350 (fax)