**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK  NEW YORK 10007-1581
(212) 805-6325

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___9/17/07___

CHAMBERS OF
COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE

TO ALL PARTIES IN:      CNO S.A. v. General Electric Co., et al.
                        07 Cv. 8014 (CM)

FROM:                   Judge McMahon

RE:                     Your recent correspondence

DATE:                   September 17, 2007

_____

I need to cut off the correspondence flow immediately.

I have provided the parties with a schedule, and unless and until this lawsuit is withdrawn, I intend to adhere to that schedule. I do not intend to engage in mediation between you over whether or not this lawsuit ought to be withdrawn. I am, however, perfectly amenable to entertaining a Rule 11 motion – and to imposing *substantial* sanctions for any violation of Rule 11 that might have been committed – if the time of the court and an opposing party are wasted needlessly.

U.S.D.J.

TO:

Howard Vickery, Esq.
Richard Rothman, Esq.

**Copies mailed/faxed/handed to counsel on** 9/17/07