AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

CONSTRUTORA NORBERTO ODEBRECHT
S.A.

V.

GENERAL ELECTRIC COMPANY,
GENERAL ELECTRIC
INTERNATIONAL, INC., GE
INFRASTRUCTURE, INC., GE POWER
SYSTEMS, INC., GE ENERGY LLC and
GE HYDRO POWER, INC.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

## 07 CIV 8014

## JUDGE McMAHON

TO: (Name and address of Defendant)

GE ENERGY LLC
231 Lake Drive
Newark, DE 19702-3320

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Donald L. Flexner, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

SEP 1 2 2007

CLERK   _Marcos Quintero_

DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8.01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE: |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE: |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                      *Signature of Server*

                                    _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                                      :
CONSTRUTORA NORBETRO ODEBRECHT,      :
                                                      :         07 Civ. 8014 (CM)
                              Plaintiff,              :
                                                      :
        -against-                                     :
                                                      :         AFFIDAVIT OF SERVICE
GENERAL ELECTRIC COMPANY, GENERAL   :
ELECTRIC INTERNATIONAL, INC.,                :
GE INFRASTURTURE, INC., GE POWER             :
SYSTEMS, INC. GE ENERGY LLC and              :
GE HYDRO POWER, INC.,                         :
                                                      :
                              Defendants.    :
                                                      :
-------------------------------------------------------------X

State of New York     )
                      )  ss.:
County of New York  )

        JOHN PASTERICK, being duly sworn, deposes and says:

        1. I am not a party to this action and I am over 21 years of age.

        2. I am employed by the law firm of Boies, Schiller & Flexner LLP, 575

Lexington Avenue, New York, New York 10022, attorneys for the plaintiff, Construtora

Norberto Odebrecht.

        3. On September 20, 2007 I caused to be served a true copy of the Summons and

Complaint in this proceeding by personal delivery upon the defendant GE Energy LLC

by personally delivering said copies to Richard A. Rothman, Esq. at his place of business,

Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York

10153, attorneys for the defendant GE Energy LLC.  Richard A. Rothman, Esq. has

agreed to accept service on behalf of Defendant GE Energy LLC.

_____
JOHN PASTERICK

Sworn to before me this
20th day of September, 2007

Notary Public

WENDY A. ESPINAL
Notary Public  State of New York
No. 0 FS6084904
Qualified in Queens County
Commission Expires Dec. 16, 2010