# EXHIBIT F

345194 [file://C:\Documents and Settings\broderiv\Local Settings\Temp\notes1CE482\~5345194.tif]                                                                                   Page 2 of 2
SEP-17-2007  12:10          Case 1:07-cv-08014-CM   Document 12-9   Filed 09/20/2007   Page 2 of 2   P.02/02
                                    DIST EXEC SDNY      Fax:212-805-0383       Sep 17 2007 12:00pm  P002/002

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
### UNITED STATES COURTHOUSE
### 500 PEARL STREET
### NEW YORK, NEW YORK 10007-1581
### (212) 805-6325

**CHAMBERS OF**
**COLLEEN McMAHON**
**UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| TO ALL PARTIES IN: | CNO S.A. v. General Electric Co., et al. 07 Cv. 8014 (CM) |
| FROM: | Judge McMahon |
| RE: | Your recent correspondence |
| DATE: | September 17, 2007 |

I need to cut off the correspondence flow immediately.

I have provided the parties with a schedule, and unless and until this lawsuit is withdrawn, I intend to adhere to that schedule. I do not intend to engage in mediation between you over whether or not this lawsuit ought to be withdrawn. I am, however, perfectly amenable to entertaining a Rule 11 motion – and to imposing *substantial* sanctions for any violation of Rule 11 that might have been committed – if the time of the court and an opposing party are wasted needlessly.

_____
U.S.D.J.

TO:
Howard Vickery, Esq.
Richard Rothman, Esq.