UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                              :

CONSTRUTORA NORBERTO ODEBRECHT S.A.,          :

              Plaintiff,                       :

        - v. -                                 :

GENERAL ELECTRIC COMPANY, GENERAL             :    07 Civ. 8014 (CM)
ELECTRIC INTERNATIONAL, INC., GE
INFRASTRUCTURE, INC., GE POWER SYSTEMS,       :
INC., GE ENERGY LLC and GE HYDRO POWER, INC.,      **Rule 7.1 Statement**
                                              :
              Defendants.
                                              :

                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - — - - - - - - - - -X


        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and
Magistrate Judges of the Court to evaluate possible disqualification or recusal, the under
signed counsel for defendants General Electric Company, General Electric International,
Inc., GE Infrastructure, Inc., GE Power Systems, GE Energy, LLC, and GE Hydro
Power, Inc certifies the following:


1) Publicly-traded companies in which General Electric Company ("GE") and affiliates
own 10% or more of the outstanding stock:

ValueVision Media, Inc. *(NBCU and GE Capital Equity)*
Paxson Communications Corp. *(NBCU)*
Transit Group, Inc. *(GE Capital Equity)*
Primesource Healthcare *(GE Capital Equity)*
Thermoview Industries, Inc. *(GE Capital Equity)*
Scient, Inc. *(GE Capital Equity)*
Plug Power, Inc. *(GE Power)*
Superior Essex Inc. *(GE Capital)*


2) GE's subsidiaries which have outstanding securities in the hands of the public (debt,
equity or other types of securities) are:


General Electric Capital Services, Inc. (formerly, General Electric Financial Services,
Inc.)
General Electric Capital Corporation
Municipal Securities Purchase Corporation

Universal City Development Partners, Ltd. (50% ownership), and its wholly owned subsidiary, UCDP Finance, Inc.

3) There is no parent of GE and no publicly traded company or other entity owns 10% or more of GE.

Dated: September 20, 2007          Respectfully submitted,
         New York, New York

                                                WEIL, GOTSHAL & MANGES LLP

                                                Richard A. Rothman (RR-0507)
                                                Vernon S. Broderick (VB-4332)
                                                David W. Dummer (DD-4158)
                                                Jessie B. Mishkin (JM-0855)
                                                767 Fifth Avenue
                                                New York, New York 10153
                                                (212) 310-8000
                                                *Counsel for Defendants General Electric Company, General Electric International, Inc., GE Infrastructure, Inc., GE Power Systems, Inc., GE Energy LLC and GE Hydro Power, Inc.*