# EXHIBIT B

**Main Identity**

From: "José Bonifácio Pinto Júnior" <jboni@globo.com>
To: "Ricardo Woitowicz" <ricardo.woitowicz@ge.com>
Cc: "Edwaldo Tamberg" <edwaldotamberg@odebrecht.com>
Sent: Saturday, May 28, 2005 6:29 AM
Attach: Carta GEHI r1.pdf; Matriz de Interfaces R00.pdf; Equipamentos Eletromecanicos-texto e Desenhos.pdf; Rio Madeira projeto eletromecanico.pdf
Subject: Carta convite - Complexo rio Madeira

Prezado Ricardo:

Em anexo, estamos enviando a carta convite e outros documentos necessários para elaboração de sua proposta para escolha do parceiro de equipamentos no Complexo do rio Madeira. Desta forma, enviamos os seguintes documentos:

1. Carta Convite
2. escopo para elaboração dos projetos pela PCE Engenharia
3. Lista de documentos que serão disponibilizados através de outro email.
4. Matriz de interfaces

Atenciosamente,

José Bonifácio Pinto Júnior
Diretor de Contrato
Odebrecht E & C
jboni@odebrecht.com
Rua Paraíba 1.323 - 5o andar
CEP 30.130-141 - Funcionários
Belo Horizonte - MG
Tel. 0 xx 31 3281-8044 Fax 0 xx 31 3281-7747
Cel. 0 xx 21 8134-3544

9/5/2007



**ODEBRECHT**

Construtora Norberto Odebrecht S/A.

Rio de Janeiro, 13 de maio de 2005

À
GE ENERGY
At. Sr. Ricardo Woitowicz
Diretor de Marketing e Desenvolvimento de Negócios

Assunto: Proposta para escolha de parceiro no fornecimento de equipamentos dos AHE's Jirau e Santo Antonio, ambos no rio Madeira

Prezados senhores:

Em continuidade a reunião e aos entendimentos mantidos, estamos oficializando nossa solicitação condições para que V.Sas. nos envie uma proposta de fornecimento de equipamentos dentro do escopo apresentado abaixo:

1. Proposta técnica-comercial

   a) Não incluir montagem eletromecânica;
   b) Não incluir linha de transmissão;
   c) A abertura de preço deverá ser feita da seguinte forma:
      Turbina
      Gerador
      Comando e controle
      Proteção
      Auxiliares mecânicos
      Auxiliares elétricos
      Comunicação
      Subestação
      Transformadores
      Hidromecanicos
      Equipamentos de levantamento
      Material de instalação
   d) Adotar a matriz de interfaces típica a ser enviada;
   e) Apresentar logística de transporte do fornecimento com custo separado;
   f) Fornecer relação de itens que poderão ser fabricados na região e % do valor do fornecimento
   g) Abertura dos impostos e taxas;
   h) Proposição de reajustamento;
   i) Indicar pesos e outros informações que permitam orçar a montagem eletromecânica, indicando nível de pré-montagem;
   j) Indicar índice de nacionalização;
   k) Apresentar sugestões e otimizações e impacto sobre proposta apresentada.

Como nossa intenção não é a de promover uma concorrência pura e simples, necessitamos de mais algumas informações que nos permitam escolher o melhor parceiro para a viabilização do empreendimento. Desta maneira, solicitamos, adicionalmente, o seguinte:

2. Que seja apresentada uma proposta de "Supplier credit" ou outro mecanismo equivalente e que possua as seguintes informações:

   a) Garantia do agente financeiro
   b) Condições de financiamento – taxas, carência, prazo de pagamento, etc
   c) % de participação

São Paulo SP
Av. Nações Unidas, 4777 – 6°
and.
Alto de Pinheiros
05477-000 São Paulo SP Brasil
Tel. (0~11) 3643 9000
Fax (0~11) 3643 9018

Rio de Janeiro RJ
Praia do Botafogo, 300 11° and.
Botafogo
22250-040 Rio de Janeiro RJ
Brasil
Tel. (0~21) 559 3000
Fax (0~21) 552 4448

Brasília DF
SAS Qd. 5 Bloco N
Edifício OAB – 7° and.
70070-000 Brasília DF Brasil
Tel. (0~61) 316 2925
Fax (0~61) 316 2555

Salvador BA
Av. Antônio Carlos Magalhães 3840 – 4°.
andar
Pituba
41820-000 – Salvador, BA – Brasil
Fax: (0~71) 341-6190
Tel: (0~71) 340-6000

Recife PE
R. Antônio Lumack do Monte, 96 – sala
1001
Ed. Empresarial Center II - Boa Viagem
51020-350 – Recife, PE – Brasil
Fax: (0~81) 3327-1877
Tel: (0~81) 3464-1200

**ODEBRECHT**

Construtora Norberto Odebrecht S/A.

3. Que seja apresentada uma proposta de "Equity" indicando o % de participação desejada e se pretende ter um "way-out" e em que condições.

Ressaltamos que toda e qualquer solicitação deverá ser feita por escrito para:

José Bonifácio Pinto Júnior
jboni@odebrecht.com
21 8134-3544

com cópia para:

Edwaldo Tamberg
edwaldotamberg@odebrecht.com
11 3443-9960

O contato direto com a empresa projetista ( PCE Engenharia ) só será permitido com a expressa autorização dos acima mencionados. Informamos, também, que a PCE Engenharia é a empresa identificada por nós para elaborar os projetos eletromecânicos básico e executivo. Para isso, antes da data de fechamento de sua proposta, a PCE Engenharia irá fornecer proposta de serviços que deverá ser incorporada a sua proposta.

A data para entrega da proposta é 30.06.2005. Após nossa análise e caso sua proposta venha a ser considerada atrativa, iniciaremos as negociações para assinatura do Acordo Privado, documento este que tem a finalidade de regular a relação empresarial até a constituição do Consórcio empreendedor.

Informamos que enviaremos, através de email, as indicações para que V. Sas. possa ter acesso aos dados técnicos necessários a elaboração de sua proposta e que estarão subordinado ao acordo de Confidencialidade assinado entre as partes.

Certos de termos nossa solicitação atendida,

Atenciosamente,


José Bonifácio Pinto Júnior
Diretor de Contrato
Construtora Norberto Odebrecht S A

São Paulo SP
Av. Nações Unidas, 4777 – 6°
and.
Alto de Pinheiros
05477-000 São Paulo SP Brasil
Tel. (0~11) 3643 9000
Fax (0~11) 3643 9018

Rio de Janeiro RJ
Praia de Botafogo, 300 11° and.
Botafogo
22250-040 Rio de Janeiro RJ
Brasil
Tel. (0~21) 559 3000
Fax (0~21) 552 4448

Brasília DF
SAS Qd. 5 Bloco N
Edifício OAB – 9° and.
70070-000 Brasília DF Brasil
Tel. (0~61) 316 2525
Fax (0~61) 316 2555

Salvador BA
Av. Antônio Carlos Magalhães 3840 - 4°.
andar
Pituba
41820-000 - Salvador, BA - Brasil
Fax: (0~71) 341-6190
Tel.: (0~71) 340-6000

Recife PE
R. Antônio Lumack do Monte, 96 - sala 1001
Ed. Empresarial Center II - Boa Viagem
51 1020-350 - Recife, PE - Brasil
Fax: (0~81) 3327-1677
Tel.: (0~81) 3464-1200



## ESCOPO DE FORNECIMENTO

| | | | FORNECEDORES | | | UHE Jirau/Santo Antonio | | | |
| | | | | | | PRESTADORES DE SERVIÇO | | | |
| EQUIPAMENTOS | | | | | | | | | |
| ITEM | DESCRIÇÃO | Fornecedor equipamento | Projetista | Obras civis | Montagem | Projetista | Obras civis | Montagem | OBS |
|---|---|---|---|---|---|---|---|---|---|
| 6 | GERADORES | | | | | | | | |
| 6.1 | Estator completo, incluindo carcaça, núcleo magnético, enrolamento, e bases adequadas assim como componentes de ancoragem e peças de 2º estágio a serem embutidas no concreto | | | | | | | | |
| 6.2 | Rotor completo, incluindo cubo, aranha, pista de freio, anel magnético, polos com enrolamento de campo e enrolamento amortecedor | x | | | | | | x | |
| 6.3 | Conjunto eixo superior, incluindo bucha do mancal guia, eixo coletor, anéis coletores, pantuflas de acoplamento e/ aranha do rotor, barramento de conexão dos polos aos anéis coletores, e eixo intermediário | x | | | | | | x | |
| 6.4 | Conjunto cruzeta superior, incluindo tampa superior com isolação acústica, proteção do coletor, conjunto mancal de guia superior, sistema de refrigeração, de óleo do mancal, conjunto porta-escovas. | x | | | | | | x | |
| 6.5 | Conjunto de fechamento inferior, incluindo chapa de fechamento (diafragma), base dos freios, sistema de frenagem completo incluindo reservatório de ar e tubulações. | x | | | | | | x | |
| 6.6 | Sistema de água de resfriamento, incluindo trocadores de calor e tubulação de água e acessórios , internos a câmara do gerador, até as conexões flangeadas situadas na face externa da parede da câmara do gerador. | x | | | | | | x | |
| 6.7 | Acessórios, localizados dentro do poço dos geradores, incluído iluminação, eletrodutos, fins-de-curso, aquecedores de ambiente, etc. | x | | | | | | x | |
| 6.8 | TC's para os terminais de linha e de neutro do gerador e dos transformadores de excitação. | x | | | | | | x | |
| 6.9 | Quadros de terminais do gerador, localizados na parte externa da câmara do gerador, contendo blocos terminais para toda fiação conduzida à câmara do gerador. | x | | | | | | x | |
| 6.10 | Quadros de instrumentos do gerador, localizados na parte externa da câmara do gerador. | x | | | | | | x | |
| 6.11 | Sistema completo de monitoração dinâmica do entreferro | x | | | | | | x | |
| 6.12 | Todos os cabos de força e controle necessários para interligação entre os equipamentos, dispositivos, etc, localizados dentro do poço dos 2 geradores, até os correspondentes quadros localizados na parede do poço do gerador. | x | | | | | | x | |
| 6.13 | Portas de acesso, escadas e passarelas fixadas à câmara do gerador, proteção dos terminais de fase/neutro. | x | | | | | | x | |
| 6.14 | Cubiculos de Surtos/TP's e de aterramento de neutro | x | | | | | | x | |
| 6.15 | Sistema de excitação e regulação de tensão estáticos completos incluindo transformadores de excitação, interligação CC, unidade estática conversora de potência, unidade de desexcitação com disjuntor de campo, equipamentos para excitação inicial e regulado | x | | | | | | x | |
| 6.16 | Sistema de relés de proteção do gerador, do sistema de excitação e do transformador elevador, montados em quadros | x | | | | | | x | |
| 6.17 | Toda a tubulação e acessórios do sistema de CO2 de proteção contra incêndio dos 2 geradores; | x | | | | | | x | |

## ESCOPO DE FORNECIMENTO

UHE Jirau/Santo Antonio

| | | FORNECEDORES | | | PRESTADORES DE SERVIÇO | | | |
|---|---|---|---|---|---|---|---|---|
| ITEM | EQUIPAMENTOS DESCRIÇÃO | Fornecedor equipamento | Projetista | Obras civis | Montagem | Projetista | Obras civis | Montagem | OBS |
| 6.18 | Toda a tubulação de água de resfriamento e ar comprimido dos sistemas de lubrificação, resfriamento, frenagem e levantamento de 2 unidades geradoras externas ao poço do gerador. | x | | | | | | | |
| 6.19 | Toda a tubulação de óleo e acessórios do sistema de resfriamento do mancal de guia do gerador para as 2 unidades. | x | | | | | | x | |
| 6.20 | Sistema completo de CO2 para proteção contra incêndio para 2 geradores | x | | | | | | x | |
| 6.21 | Conjunto de peças sobressalentes | x | | | | | | x | |
| 6.22 | Ferramentas e dispositivos especiais para levantamento, transporte, montagem e manutenção do rotor e seus componentes | x | | | | | | x | |
| 6.23 | Ferramentas e dispositivos especiais para levantamento, transporte, montagem e manutenção do estator e seus componentes | x | | | | | | x | |
| 6.24 | Mão-de-Obra qualificada e necessária para a pré-montagem do rotor, estator e cruzeta superior na área de montagem | | | | | | | x | |
| 6.25 | Tinta de retoque de pintura dos equipamentos pertinentes, no campo. | x | | | | | | x | |
| 6.26 | Embalagem e transporte de fábrica até o local da obra. | x | | | | | | x | |
| 6.27 | Supervisão de descarga na Obra | x | | | | | | x | |
| 6.28 | Supervisão de montagem na Obra | | | | | | | x | |
| 6.29 | Serviços de supervisão de ensaios de campo | | | | | | | x | |
| 6.30 | Manuais de Montagem, Operação e Manutenção. | x | | | | | | | |
| 6.31 | Peças fixas embutidas no concreto de 1ª estágio | | | x | | | x | | |
| 6.32 | Interligação CA até o trafo de excitação para o sistema de excitação | x | | | | | | x | |
| 6.33 | Interligação CA de baixa do trafo até até ponte conversora | x | | | | | | x | |

Matriz de Interfaces R00 / 6Gerador (2)   Página 2 de 2



**AHE SANTO ANTÔNIO**

**TEXTO**

1. **EQUIPAMENTOS ELÉTRICOS**

   1.1 - Equipamentos Elétricos Principais

   Geradores
   Sistema de Excitação
   Sistema de Regulação de Tensão
   Cubículo de Proteção contra Surtos e Transformadores de Potencial
   Cubículo de Aterramento do Neuto
   Barragem Blindado de Fases Isoladas
   Transformador Elevador

   1.2 – Sistema Digital de Supervisão e Controle

   1.3 - Sistema de Proteção

   1.4 - Equipamentos Elétricos Auxiliares

   Serviços Auxiliares de Corrente Alternada
   Serviços Auxiliares de Corrente Contínua

   1.5 - Sistemas de Iluminação

   Sistema de Iluminação Normal e Tomadas
   Sistema de Iluminação de Emergência

   1.6 - Sistema de Telecomunicações

   1.7 - Sistema de Aterramento

   1.8 – Subestação

2. **EQUIPAMENTOS MECÂNICOS PRINCIPAIS**

   2.1 - Turbinas e Reguladores de Velocidade

   Turbinas Hidráulicas
   Sistema de Regulação

   2.2 - Vertedouro e Desvio

   Comportas Segmento
   Comportas Ensecadeiras

   2.3 - Tomada d'Água e Casa de Força

   Tomada d'Água
   Tubo de Sucção

2.4 – Eclusa

    Portas da Eclusa
    Comportas Flutuantes
    Grades da Adução
    Aquedutos de Enchimento e Esvaziamento

2.5 – Equipamentos de Levantamento de Carga

    Tomada d'Água – Pórticos Rolantes e Máquinas Limpa-Grades
    Tubo de Sucção – Pórticos Rolantes
    Casa de Máquinas
    Área de Montagem
    Vertedouro
    Eclusa – Talhas Elétricas e Monovias

2.6 – Sistemas Auxiliares Mecânicos

    Sistema de Esvaziamento e Enchimento das Unidades
    Sistema de Drenagem
    Sistema de Água de Serviço e de Resfriamento
    Sistema de Proteção contra Incêndio dos Transformadores
    Sistema de Detecção e Proteção contra Incêndio contra Incêndio Geral da Casa de Força
    Sistema de Proteção contra Incêndio da Central de Óleo Lubrificante
    Sistema de Ar Comprimido de Serviço
    Sistema de Coleta, Separação de Água / Óleo Isolante
    Sistema de Água Potável
    Sistema de Ventilação
    Sistema de Ar-Condicionado
    Sistema de Esgoto Sanitário da Casa de Força e Edifício de Controle
    Sistema de Tratamento de Óleo Lubrificante
    Sistema de Medições Hidráulicas
    Elevador
    Oficina

**DESENHOS**

| | |
|---|---|
| PJ-0532-V3-GR-DE-0021 | Arranjo Geral |
| PJ-0532-V3-VT-DE-0002 | Vertedouro – Planta e Seção Transversal Típica |
| PJ-0532-V3-TA-DE-0002 | Tomada d'Água e Casa de Força – Seção 1-1 |
| PJ-0532-V3-TA-DE-0003 | Tomada d'Água e Casa de Força – Seção A-A |
| PJ-0532-V3-TA-DE-0004 | Tomada d'Água e Casa de Força – Seção B-B |
| PJ-0532-V3-TA-DE-0005 | Tomada d'Água e Casa de Força – Seção C-C |
| PJ-0532-V3-TA-DE-0006 | Tomada d'Água e Casa de Força – Seção D-D |
| PJ-0532-V5-SE-DE-0001 | Serviços Auxiliares – Corrente Alternada – Diagrama Unifilar |
| PJ-0532-V5-SE-DE-0002 | Serviços Auxiliares – Corrente contínua – Diagrama Unifilar |
| PJ-0532-V5-SE-DE-0003 | Casa de Força de Subestação – Diagrama Unifilar Geral – Fl. 01/02 |
| PJ-0532-V5-SE-DE-0004 | Casa de Força de Subestação – Diagrama Unifilar Geral – Fl. 02/02 |

**AHE JIRAU**

TEXTO

1. EQUIPAMENTOS ELÉTRICOS

1.1 - Equipamentos Elétricos Principais

    Geradores
    Sistema de Excitação
    Sistema de Regulação de Tensão
    Cubículo de Proteção contra Surtos e Transformadores de Potencial
    Cubículo de Aterramento do Neuto
    Barragem Blindado de Fases Isoladas
    Transformador Elevador

1.2 - Sistema Digital de Supervisão e Controle

1.3 - Sistema de Proteção

1.4 - Equipamentos Elétricos Auxiliares

    Serviços Auxiliares de Corrente Alternada
    Serviços Auxiliares de Corrente Contínua

1.5 - Sistemas de Iluminação

    Sistema de Iluminação Normal e Tomadas
    Sistema de Iluminação de Emergência

1.6 - Sistema de Telecomunicações

1.7 - Sistema de Aterramento

1.8 – Subestação


2. EQUIPAMENTOS MECÂNICOS PRINCIPAIS

2.1 - Turbinas e Reguladores de Velocidade

    Turbinas Hidráulicas
    Sistema de Regulação

2.2 - Vertedouro e Desvio

    Comportas Segmento
    Comportas Ensecadeiras

2.3 - Tomada d'Água e Casa de Força

    Tomada d'Água
    Tubo de Sucção

2.4 – Eclusa

    Portas da Eclusa
    Comportas Flutuantes
    Grades da Adução
    Aquedutos de Enchimento e Esvaziamento

2.5 – Equipamentos de Levantamento de Carga

    Tomada d'Água – Pórticos Rolantes e Máquinas Limpa-Grades
    Tubo de Sucção – Pórticos Rolantes
    Casa de Máquinas
    Área de Montagem
    Vertedouro
    Eclusa – Talhas Elétricas e Monovias

2.6 – Sistemas Auxiliares Mecânicos

    Sistema de Esvaziamento e Enchimento das Unidades
    Sistema de Drenagem
    Sistema de Água de Serviço e de Resfriamento
    Sistema de Proteção contra Incêndio dos Transformadores
    Sistema de Detecção e Proteção contra Incêndio contra Incêndio Geral da Casa de Força
    Sistema de Proteção contra Incêndio da Central de Óleo Lubrificante
    Sistema de Ar Comprimido de Serviço
    Sistema de Coleta, Separação de Água / Óleo Isolante
    Sistema de Água Potável
    Sistema de Ventilação
    Sistema de Ar-Condicionado
    Sistema de Esgoto Sanitário da Casa de Força e Edifício de Controle
    Sistema de Tratamento de Óleo Lubrificante
    Sistema de Medições Hidráulicas
    Elevador
    Oficina

**DESENHOS**

| | |
|---|---|
| PJ-0519-V3-GR-DE-0021 | Arranjo Geral |
| PJ-0519-V3-VT-DE-0002 | Vertedouro – Planta e Seção Transversal Típica |
| PJ-0519-V3-TA-DE-0002 | Tomada d'Água e Casa de Força – Seção 1-1 |
| PJ-0519-V3-TA-DE-0003 | Tomada d'Água e Casa de Força – Seção A-A |
| PJ-0519-V3-TA-DE-0004 | Tomada d'Água e Casa de Força – Seção B-B |
| PJ-0519-V3-TA-DE-0005 | Tomada d'Água e Casa de Força – Seção C-C |
| PJ-0519-V3-TA-DE-0006 | Tomada d'Água e Casa de Força – Seção D-D |
| PJ-0519-V5-SE-DE-0001 | Serviços Auxiliares – Corrente Alternada – Diagrama Unifilar |
| PJ-0519-V5-SE-DE-0002 | Serviços Auxiliares – Corrente contínua – Diagrama Unifilar |
| PJ-0519-V5-SE-DE-0003 | Casa de Força de Subestação – Diagrama Unifilar Geral – Fl. 01/02 |
| PJ-0519-V5-SE-DE-0004 | Casa de Força de Subestação – Diagrama Unifilar Geral – Fl. 02/02 |

