

# COMPLEXO HIDRELÉTRICO DO RIO MADEIRA

## ESCOPO DE SERVIÇOS

## PROJETOS BÁSICO E EXECUTIVO

## SETOR ELETROMECÂNICO

| REV. | DATA | DESCRIÇÃO | ELAB. | VISTO | APROV. |
|---|---|---|---|---|---|
| 0 | 10/06/05 | Emissão Inicial | JLFA / MG | JLFA / MG | JEM |

Eng° José Eduardo Moreira
CREA: 21112-D – 5ª Região



## PROJETO BÁSICO ELETROMECÂNICO

### 1. ARRANJO GERAL DAS OBRAS PRINCIPAIS

Os estudos do Projeto Básico definirão o arranjo geral dos equipamentos eletromecânicos em todas as estruturas que compõem o aproveitamento, considerando essencialmente a otimização dos Estudos de Viabilidade.

### 2. ÓRGÃOS EXTRAVASORES

Os equipamentos hidromecânicos dessas estruturas serão estudados e definidos no que diz respeito ao tipo e às características principais do arranjo (geométricas e estruturais) e dos sistemas de acionamento.

Além dos equipamentos hidromecânicos principais (comportas e respectivos sistemas de acionamento) serão estudados e definidos os equipamentos hidromecânicos de fechamento a montante (comportas ensecadeiras) e demais equipamentos acessórios, ou seja, pórticos rolantes, monovias, sistema de medições, controle hidráulico, e sistema de geração de emergência, quando aplicável.

Serão feitos pré-dimensionamentos dos equipamentos com análiser e solução para acionamento e movimentação dos mesmos. Serão previstas áreas necessárias para montagem e manutenção dos equipamentos principais e de estocagem dos equipamentos de fechamento a montante.

Serão definidas no Projeto as características e os parâmetros construtivos dos equipamentos, tais como:

**Comportas Ensecadeiras**
Tipo, quantidade, dimensões, esquema estrutural, número de elementos por comporta, sistema de vedação, válvulas "by pass", arranjo, áreas de estocagem e manutenção, acionamento e estimativa de pesos.

**Comportas Principais**
Tipo, quantidade, dimensões, esquema estrutural, número de elementos por comporta, sistema de vedação, tipo e capacidade do acionamento, controle e medição da abertura e estimativa de pesos.

**Pórtico Rolante ou Monovia**
Tipo, classe, características, dimensões, estabilidade, definição do caminho de rolamento e do gabarito de movimentação de carga, capacidade nominal dos guinchos principal e auxiliar, curso dos ganchos principal e auxiliar, operações a executar, área para montagem e manutenção e estimativas de peso.

**Grupo Gerador de Emergência**
Definição da necessidade de implantação de grupo gerador de emergência para o acionamento das comportas principais.

**Dispositivos para Medidas Hidráulicas**
Tipo dos instrumentos de medição, esquema de medições hidráulicas e arranjo dos equipamentos e sensores.

Engº José Eduardo Moreira
CREA: 21112-D – 5ª Região



### 3. CIRCUITO HIDRÁULICO DE GERAÇÃO

Será feito o pré-dimensionamento e a caracterização dos equipamentos do circuito hidráulico, sendo definidos:

**Grades**
Tipo, quantidade, dimensões, esquema estrutural, distância entre barras, características das barras para minimizar as perdas de carga, sistema de limpeza e estimativa de pesos.

**Comportas Ensecadeiras**
Tipo, quantidade, dimensões, esquema estrutural, número de elementos por comporta, sistema de vedação, válvulas "by pass", arranjo, áreas de estocagem e manutenção, acionamento e estimativa de pesos.

**Comportas de Emergência**
Tipo, quantidade, dimensões, esquema estrutural, número de elementos por comporta, sistema de vedação, tipo de extensão das guias, capacidade de acionamento, tipo de acionamento, controle e medição e estimativa de pesos.

**Máquina Limpa-grades**
Tipo, independente ou acoplada ao pórtico da tomada d'água, quantidade, capacidade, esquema de limpeza, características do ancinho, velocidades operacionais, definição do caminho de rolamento, áreas para montagem e manutenção, esquema de despejos de detritos e estimativa de pesos.

**Pórtico Rolante**
Tipo, classe, características, dimensões, estabilidade, definição do caminho de rolamento e do gabarito de movimentação de carga, capacidade nominal dos guinchos principal e auxiliar, curso dos ganchos principal e auxiliar, operações a executar, áreas para montagem e manutenção e estimativas de peso.

**Dispositivos para Medidas Hidráulicas**
Tipo dos equipamentos, esquema de medições hidráulicas e arranjo dos equipamentos e sensores.

### 4. CASA DE FORÇA

Serão revistas e detalhadas as características técnicas das unidades geradoras, definidas nos Estudos de Viabilidade, visando a otimização do arranjo da Casa de Força.

O arranjo da Casa de Força levará em conta que esta estrutura abrigará os equipamentos principais e auxiliares nela instalados. Irá, portanto, prover espaço suficiente para instalar, montar, operar e fazer manutenção destes equipamentos. Estes espaços, no entanto, serão otimizados ao máximo.

Será desenvolvido um estudo integrado para a definição do arranjo dos equipamentos elétricos nos vários pisos da Casa de Força.

**Equipamentos Principais**

Engº José Eduardo Moreira
CREA: 21112-D – 5ª Região



Visando a elaboração das especificações técnicas, serão desenvolvidos no Projeto Básico estudos necessários à definição dos geradores e cubículos associados:
• determinação dos requisitos básicos do projeto de gerador, ou seja, confirmação da potência nominal, e outras características elétricas que irão melhor atender às exigências do sistema de potência ao qual esses geradores estarão conectados;
• definição dos sistemas de excitação e regulação de tensão, elaborada a partir de estudos das características de geração e contingências operacionais.

Uma vez otimizados e conhecidos os parâmetros básicos das unidades geradoras através de dados dos fabricantes, deverão ser definidas as características básicas dos equipamentos de levantamento e transporte, considerando as cargas a serem transportadas, tais como o rotor do gerador, o eixo, o rotor da turbina, entre outros. Nessa definição serão considerados o esquema de montagem previsto, o acesso adequado e as devidas facilidades de equipamentos auxiliares.

A área de montagem será estudada, verificando-se as dimensões mínimas necessárias para atendimento ao cronograma de montagem da usina e para permitir a posterior desmontagem e manutenção da unidade geradora, mantendo-se os devidos espaços para circulação e locais para estocagem de equipamentos.

A partir da definição dos parâmetros básicos das unidades geradoras serão estudados e implantados os sistemas auxiliares necessários ao bom funcionamento das mesmas.

### Transformadores Elevadores

Será definido ou confirmado o tipo, a potência, tensões nominais, nível de isolamento e tipo de resfriamento.

Serão desenvolvidos estudos dos procedimentos de montagem e manutenção, incluindo a possibilidade de substituição de uma unidade avariada pela unidade de reserva, bem como o sistema de movimentação das mesmas.

As utilidades necessárias, sistema anti-incêndio, ar comprimido geral, drenagem, coleta separação de água-óleo, e outras, serão também estudadas e definidas.

### Barramentos Blindados e Cubículos Associados

Os barramentos blindados serão detalhados, sendo examinados os seguintes aspectos:
• Arranjo físico, indicando derivações e acessos para montagem e manutenção;
• Dimensionamento eletrodinâmico;
• Estudo de coordenação de isolamento entre geradores, barramentos blindados, transformadores elevadores, subestação blindada (se aplicável) e linha de transmissão aérea de saída da casa de força;
• Características das ligações aos terminais do gerador, do transformador elevador, do transformador de excitação e do transformador para os serviços auxiliares e cubículos de surtos;
• Características dos invólucros quanto ao aterramento e grau de proteção;
• Características dos transformadores para instrumento, capacitores e pára-raios do cubículo de surto.

---

Engº José Eduardo Moreira
CREA: 21112-D – 5ª Região


PCE

### Equipamentos de Movimentação de Cargas

**Pórtico ou Ponte Rolante Principal**
Tipo, quantidade, classe, características, dimensões, definição do caminho de rolamento e do gabarito de movimentação de carga, capacidade nominal dos guinchos principal e auxiliar, curso dos ganchos principal e auxiliar, operações a executar, áreas para montagem e manutenção e estimativas de peso.

**Pontes Rolantes Auxiliares**
Tipo, quantidade, classe, características, dimensões, estabilidade, definição do caminho de rolamento e do gabarito de movimentação de carga, capacidade nominal dos guinchos principal e auxiliar, curso dos ganchos principal e auxiliar, operações a executar e estimativas de peso.

**Ponte Rolante ou Monovia da Sucção**
Tipo, quantidade, classe, características, dimensões, estabilidade, definição do caminho de rolamento e do gabarito de movimentação de carga, capacidade nominal dos guinchos principal e auxiliar, curso dos ganchos principal e auxiliar, operações a executar e estimativas de peso.

Será estudado ainda um sistema para retenção de detritos assim como coleta e retirada de troncos na região de aproximação do canal de adução.

### Equipamentos Hidromecânicos

**Comportas Ensecadeiras da Sucção**
Tipo, quantidade, dimensões, esquema estrutural, número de elementos por comporta, sistema de vedação, válvulas "by pass", arranjo, áreas de estocagem e manutenção, acionamento e estimativa de pesos.

**Válvulas de fechamento de emergência**
Tipo, dimensões, pressão de projeto, arranjo, sistema de acionamento e estimativa de peso.

### Sistemas Auxiliares

### Sistemas Auxiliares Mecânicos

O projeto dos sistemas auxiliares será desenvolvido com base nas experiências de empreendimentos de porte similar e nas normas técnicas aplicáveis. O pré-dimensionamento desses sistemas será executado em função das características básicas dos equipamentos principais da usina e o arranjo das estruturas principais.

- Sistema de água de serviço de uso geral;
- Sistema de água de resfriamento das unidades geradoras e do selo de vedação das turbinas;
- Sistemas de proteção contra incêndio para os geradores, os transformadores elevadores e outros equipamentos e locais da usina;
- Sistemas de tratamento de óleo lubrificante;
- Sistema de ar comprimido para uso geral e para os freios dos geradores;
- Sistema de enchimento e esgotamento das unidades;
- Grupo gerador de emergência e equipamentos associados;
- Sistemas de medição de nível do reservatório e do canal de fuga;

Engº José Eduardo Moreira
CREA: 21112-D – 5ª Região

**PCE**

- Sistema de drenagem;
- Sistemas de ventilação e ar condicionado;
- Sistema geral de proteção contra incêndio;
- Sistema de drenagem das bacias dos transformadores principais e separação de água e óleo.

Serão elaborados no Projeto Básico os arranjos gerais, os fluxogramas e uma descrição resumida de cada sistema, contemplando finalidade, características gerais e princípios de funcionamento.

### Sistemas de Utilidades

Deverá ser analisada a necessidade de sistemas de utilidades para complementar os auxiliares da usina, tais como:
- Tratamento e distribuição de água potável;
- Coleta e tratamento de esgoto.

### Sistemas Auxiliares Elétricos de CA e CC

Serão definidos de modo mais amplo os aspectos relativos aos serviços auxiliares da casa de máquinas. Tratando-se de sistemas integrados, essas definições deverão abranger as demais estruturas da usina: vertedouro, tomada d'água e subestação.
- Definição da configuração básica do sistema de distribuição de média tensão, incluindo filosofias de operação, proteção e controle, além da tabela preliminar de carga;
- Definição da configuração básica do sistema de distribuição de baixa tensão, incluindo filosofias de operação, proteção e controle, além da tabela preliminar de carga;
- Definição da configuração básica do sistema de distribuição de corrente contínua, incluindo filosofias de operação, proteção e controle, além da curva de carga;
- Definição do sistema de geração de emergência, incluindo filosofias de operação e controle, além da tabela preliminar de carga;
- Memórias de pré-dimensionamento dos equipamentos principais dos serviços auxiliares;
- Estudo de curto-circuito;
- Descrição básica dos equipamentos principais dos serviços auxiliares, como transformadores, equipamentos de manobra, quadros de distribuição, carregadores de baterias, baterias e outros.

Serão elaborados diagrama unifilares, em número apropriado para cada sistema, com base na tabela preliminar de carga constante das memórias de pré-dimensionamento e estudos de curto-circuito, que serão desenvolvidos durante o Projeto Básico.

### Sistemas de Supervisão, Controle e Proteção

Serão definidas as filosofias de proteção, controle e supervisão das unidades geradoras, abrangendo:
- Definição da arquitetura dos sistemas de supervisão e controle incluindo os diversos níveis hierárquicos de operação e controle de equipamentos;
- Definição dos relés de proteção do gerador transformador elevador e vão de interligação a partir de estudos das características de geração e contingências operacionais.

Engº José Eduardo Moreira
CREA: 21112-D – 5ª Região



### Sistemas de Telecomunicação

Os sistemas de telecomunicação da usina serão definidos nesta fase do projeto. Serão previstos neste estudo a filosofia e a abrangência dos sistemas de comunicação necessários à operação da usina e subestação de manobra.

### Outros Equipamentos

Dependendo do arranjo da Casa de Força, poderá haver necessidade de serem incluídos no projeto outros equipamentos, além dos já relacionados, como:
- Elevadores de passageiros e cargas;
- Equipamentos auxiliares de levantamento e movimentação de cargas tais como talhas, monovias, pontes rolantes de menor capacidade;
- Oficina de manutenção elétrica e mecânica.

## 5. SUBESTAÇÃO

### Subestação da Usina

A subestação da usina compreende os transformadores elevadores e a subestação seccionadora blindada.

A localização e o tipo da subestação serão estudados em conjunto com a definição do arranjo geral do empreendimento. A partir do diagrama unifilar será elaborado o arranjo físico da subestação (plantas e cortes).

Para a implantação da subestação deverá ser selecionada a área mais conveniente, tanto sob o ponto de vista elétrico propriamente dito, como também sob os aspectos de segurança, facilidade de acesso e entradas/saídas para as linhas de transmissão.

Serão desenvolvidos estudos para definição dos níveis de isolamento e características elétricas de equipamentos.

Engº José Eduardo Moreira
CREA: 21112-D – 5ª Região

**PCE**

## PROJETO EXECUTIVO ELETROMECÂNICO

O Projeto Executivo Eletromecânico compreenderá a elaboração das especificações técnicas para compra, dos desenhos de arranjo, de locação, de instalações embutidas e expostas de tubulações e vias de cabos, acabamentos metálicos e listas de materiais de todos os equipamentos e sistemas das diversas estruturas do empreendimento, conforme relação a seguir:

### Arranjo dos Equipamentos Eletromecânicos

Projeto de arranjo e locação dos diversos equipamentos, contemplando a coordenação das diversas interfaces entre equipamentos e sistemas, com o objetivo de se evitar interferências de instalação entre os mesmos, resguardando os requisitos de acesso, montagem, circulação de pessoal e manutenção.

### Sistemas Auxiliares Eletromecânicos

Dimensionamento dos seguintes componentes dos sistemas auxiliares elétricos e mecânicos:
- Transformadores dos Sistemas Auxiliares;
- Grupos Geradores Diesel;
- Conversores CA/CC, que flutuarão com as baterias do Sistema de 125 Vcc;
- Baterias estacionárias do Sistema de 125 Vcc;
- Conjuntos moto-bombas, filtros, ventiladores, instrumentos, tubulações e demais acessórios dos Sistemas Auxiliares Mecânicos;
- Cabos e demais componentes dos Sistemas de aterramento, iluminação e vias de cabos;
- Inversor para os sistemas de iluminação de emergência.

Elaboração de fluxogramas detalhados de todos os sistemas auxiliares mecânicos, incluindo a respectiva instrumentação.

Elaboração dos diagramas unifilares das diversas barras do Sistema de Serviços Auxiliares em Corrente Alternada e Corrente Contínua em 125 Vcc, a partir das Listas de Cargas a serem supridas pelos Fornecedores, e Sistemas Eletromecânicos.

Definição dos níveis de curto-circuito das diversas barras dos sistemas auxiliares elétricos CA e CC, a partir de dados de impedância dos equipamentos a serem supridos pelos Fornecedores.

Elaboração dos diagramas esquemáticos de controle dos sistemas auxiliares mecânicos definidos pelos fluxogramas.

Elaboração das especificações (com respectivas Folhas de Dados) dos componentes dos sistemas auxiliares mecânicos.

Projeto de tubulação embutida no concreto de 1º estágio e exposta dos sistemas auxiliares mecânicos, com a elaboração dos desenhos de plantas, cortes e detalhes necessários à montagem e as respectivas listas de materiais.

Eng° José Eduardo Moreira
CREA: 21112-D – 5ª Região


PCE

Projeto da rede de dutos de ventilação e ar condicionado, com a elaboração dos desenhos de arranjo geral em plantas, cortes e detalhes e as respectivas listas de materiais.

Projeto das peças fixas de 1º estágio de todas as áreas da usina com a elaboração de desenhos de plantas, cortes e detalhes.

Projeto de acabamentos metálicos de toda a usina com a elaboração de desenhos de plantas, cortes e detalhes.

Projeto de instalação do sistema de aterramento embutido no concreto de 1º e 2º estágios e exposto de todas as áreas da usina, com a elaboração de memórias de cálculo, desenhos de plantas, cortes e detalhes e respectivas listas de materiais.

Projeto de instalação de eletrodutos embutidos no concreto de 1º e 2º estágios, com a elaboração de desenhos de plantas, cortes e detalhes com identificação dos eletrodutos e respectivas listas de materiais.

Projeto de vias de cabos aparentes, envolvendo a instalação de eletrodutos e bandejas, com elaboração de desenhos de plantas, cortes, detalhes e de identificação das vias de cabos, com as respectivas listas de materiais.

Projeto de instalação do sistema de iluminação interna (normal e emergência) e externa de todas as áreas da usina, com elaboração de memórias de cálculo, desenhos de plantas, cortes e detalhes, com as respectivas listas de materiais e de diagramas trifilares e listas de cargas dos quadros de iluminação.

Projeto de instalação dos sistemas de telefonia, busca-pessoas e vigilância eletrônica (CFTV), com elaboração de desenhos de plantas, cortes e detalhes, com a elaboração das respectivas listas de materiais e de cabos.

Projeto executivo dos barramentos blindados de interligação entre os geradores e os transformadores, com a elaboração dos desenhos necessários à construção e montagem dos mesmos;

Projeto de interligação elétrica de todos os equipamentos da usina, baseados em desenhos dos Fornecedores, com a elaboração de diagramas/tabelas de interligação de força e controle e listas de lançamento de cabos.

Projeto executivo da SE, compreendendo desenhos de plantas e cortes de disposição dos equipamentos e barramentos, e elaboração de memórias de cálculo de dimensionamento dos barramentos e suportes.

Projeto executivo das linhas de transmissão em 13,8 kV interligando Casa de Força aos pontos de utilização, com a elaboração de especificações técnicas e desenhos necessários à construção e montagem das mesmas.

Elaboração do manual de operação da Usina, interrelacionando os manuais de operação, de cada equipamento e sistema, a serem emitidos pelo Fornecedor.

Análise dos desenhos de fabricantes, visando coletar informações para o desenvolvimento os projetos civil e de instalações eletromecânicas.

---

Engº José Eduardo Moreira
CREA: 21112-D – 5ª Região



Análise de documentos e desenhos do Fornecedor com objetivo de verificar o atendimento dos projetos dos equipamentos permanentes às especificações técnicas ou estipulações contratuais.

Elaboração dos manuais de comissionamento, dos sistemas auxiliares eletromecânicos, correspondentes aos projetos elaborados pela Projetista.

Elaboração dos manuais de manutenção da Usina, interrelacionando os manuais de manutenção, de cada equipamento e sistema, a serem emitidos pelo Fornecedor.

Estudos e projetos relacionados com a subestação de chaveamento e interligação da usina ao sistema de transmissão associado.

### Sistema Digital de Supervisão e Controle

Elaboração conceitual da Lista de pontos para o SDSC, referentes aos sistemas auxiliares eletromecânicos.

Elaboração conceitual dos Diagramas Lógicos Básicos de Partida e Parada.

Desenhos esquemáticos conceituais de interface entre Unidades Terminais Remotas (UTR's) e pontos do processo, a partir dos diagramas elétricos das UTR's, a serem elaborados pelo Fornecedor.

Integração (conceitual) dos diversos sistemas elétricos da Usina com o SDSC.

Participação, durante as negociações pré-contratuais, na preparação dos Requisitos de Projeto deste Sistema, em conjunto com o Fornecedor, com a atribuição de consolidar as funções de controle da Usina. Esta atividade implica, também, no acompanhamento dos testes de plataforma e comissionamento.

Elaboração de memorial descritivo da filosofia de controle de vazão do reservatório, visando a implementação das funções de controle a serem implementadas no SDSC;

### Sistema de Proteção

Elaboração de diagramas unifilares dos sistemas de proteção e medição.

Dimensionamento dos TC's e TP's.

Definição dos ajustes dos relés de proteção das Unidades Geradoras e Linhas, e estudos de seletividade. (Os Fornecedores deverão disponibilizar todos os parâmetros de máquina necessários à definição dos ajustes de proteção das unidades geradoras).

### Sistema de Serviços Auxiliares

Elaboração dos diagramas unifilares dos e diagramas lógicos ou funcionais básicos de transferência automática de fontes e de controle dos diversos sistemas auxiliares mecânicos da usina.

---

Eng° José Eduardo Moreira
CREA: 21112-D – 5ª Região



Os diagramas trifilares e os funcionais detalhados serão elaborados pelos Fornecedores.

Execução de estudos de seletividade e coordenação da proteção deste sistema.

Estão incluídos nos sistemas auxiliares elétricos os projetos e especificações dos sistemas de telecomunicação da usina, sistema de comunicação interna e sistema de vigilância patrimonial por circuito interno de TV.

### Revisão como Constuído

Serão executadas as revisões como construído dos diversos documentos do projeto executivo baseado nas informações de campo levantadas pela montadora eletromecânica.

Eng° José Eduardo Moreira
CREA: 21112-D – 5ª Região