# EXHIBIT C

Uai and Globo

From:       "José Bonifácio Pinto Júnior" <jboni@odebrecht.com>
To:         "Kuster, Luiz A (GE Infra, Energy)" <luiz.kuster@ps.ge.com>
Sent:       Thursday, December 22, 2005 3:59 PM
Attach:     Matriz de Interfaces R00.xls
Subject:    Re: Rio Madeira

Dear Kuster:

1. We estimate that we will be able to complete the studies and the preparation of the project with another
R$ 10 million.  Please remember that these funds will be recoverable when the accounts are rendered to
ANEEL;
2. The "Development Fee" goes to Odebrecht alone.  No amount will have to be paid to Furnas;
3. The Interface Matrix is attached. With respect to the performance table, I will ask Edwaldo to send it to
you.

Bonifácio
----- Original Message -----
From:       "Kuster, Luiz A (GE Infra, Energy)" <luiz.kuster@ps.ge.com>
To:         <jboni@odebrecht.com>
Sent:       Wednesday, December 21, 2005 2:18 PM
Attach:     Matriz de Interfaces R00.xls
Subject:    Rio Madeira

Dear Boni,

I would like to thank you for our meeting yesterday, in Sauípe.  I received the 'Minutes of Meeting' and am
translating it for the other members of GE's Madeira River team in the United States.

However, I would like to clarify a few points that we discussed yesterday afternoon:

1. GE's participation in the project.

Premises

44 turbines for Jirau R$ 1,221,947 thousand
44 generators R$ 826,000 thousand
44 turbines for SA R$ 1,235,996 thousand
44 generators R$ 849,200 thousand
subtotal R$ 4,133,143 thousand

Considering the package with turbine, RV, generator, and exciter, about 60% of the total electromechanical
(E&M) package, the conclusion is:

E&M package R$ 6,888,571 thousand

Considering the indicated number of machines (14), GE will have the following package:

Jirau 7/44 x 1,221,947 = R$ 194,400 thousand
SA 7/44 x 1,235,996 = R$ 196,636 thousand

subtotal R$ 391,036 thousand

GE's participation will therefore be 5.67% of the electromechanical package.

Considering the amount invested by CNO, which was indicated to be R$ 45 million to date, with 50% to be assumed by the Construction side and 50% by the electromechanical package suppliers, the E&M package suppliers would be responsible for R$ 22.5 million.

GE, which initially will have 5.67% of the E&M package, will be responsible for R$ 1,277,233 (one million two hundred seventy-seven two hundred thirty-three REALS). I would like to double the number of turbines and this amount.

2. Other points to be considered, which are questions that I will have to answer to the Americans:

a) Does Odebrecht already have a projection for the amount required to complete the studies???

b) Is the Development Fee exclusively for CNO or does it include FURNAS??? GE will find it difficult if it involves a public agent.

c) I would like to receive the Performance Table and the Interface Matrix, which will be attached.

I will call you this afternoon to talk about this.

Sincerely,

Luiz Alberto Küster
GE Energy
Power Generation
Regional Sales Director

T +55 11 3067 8441
F +55 11 3067 8004
C +55 11 8245 5421
D *897 8441
E luiz.kuster@ge.com
www.gepower.com/hydro

Av. Nove de Julho, 5229 - 6° Andar
São Paulo, SP 01407 907, Brazil
General Electric do Brasil Ltda.

# TRANSLATORS' CERTIFICATE

I, Timothy Yuan, hereby certify that I speak and write both the Portuguese and English languages; that I have translated the foregoing 12/22/2005 E-mail from Kuster to Pinto to the best of my ability; and that it is a true and correct translation to the best of my knowledge, information, and belief.

_____                    9/12/07
Signature                                                 Date

*Kavitha Reddy 9/12/2007*

**KAVITHA REDDY**
**NOTARY PUBLIC-STATE OF NEW YORK**
No. 02RE6154611
Qualified In New York County
My Commission Expires October 23, 2010

**Uai e Globo**

| | |
|---|---|
| **De:** | "José Bonifácio Pinto Júnior" <jboni@odebrecht.com> |
| **Para:** | "Kuster, Luiz A (GE Infra, Energy)" <luiz.kuster@ps.ge.com> |
| **Enviada em:** | quinta-feira, 22 de dezembro de 2005 15:59 |
| **Anexar:** | Matriz de Interfaces R00.xls |
| **Assunto:** | Re: Rio Madeira |

Prezado Kuster:

1. Estimamos que poderemos concluir os estudos e a preparação do empreendimento com mais R$ 10 mi. Lembre-se que estes recursos poderão ser recuperados quando da prestação de conta junto a ANEEL;
2. O "Development Fee" é só da Odebrecht. Não será preciso pagar nada a Furnas;
3. A matriz de interfaces está em anexo. Quanto ao quadro de rendimentos, pedirei a Edwaldo para enviar para você.

Bonifácio
----- Original Message -----
From: "Kuster, Luiz A (GE Infra, Energy)" <luiz.kuster@ps.ge.com>
To: <jboni@odebrecht.com>
Sent: Wednesday, December 21, 2005 2:18 PM
Subject: Rio Madeira


Prezado Boni,

Gostaria de lhe agradecer pela reunião ocorrida ontem em Sauípe. Recebi a minuta da 'ATA de Reunião' e estou traduzindo para os demais componentes do time Rio Madeira da GE nos Estados Unidos.

Gostaria, porém, de esclarecer alguns pontos discutidos na tarde de ontem:

1. Participação da GE no empreendimento.

Premissas

44 turbinas Jirau R$ 1,221,947 mil
44 geradores R$ 826,000 mil
44 turbinas SA R$ 1,235,996 mil
44 geradores R$ 849,200 mil
sub-total R$ 4,133,143 mil

Considerando o pacote de turbina, RV, gerador e excitatriz aproximadamente 60% do pacote total eletromecânico (E&M), chega-se à conclusão:

pacote E&M R$ 6,888,571 mil

Considerando o número de máquinas informado de 14, teremos o seguinte pacote da GE:

Jirau 7/44 x 1,221,947 = R$ 194,400 mil
SA 7/44 x 1,235,996 = R$ 196,636 mil

sub-total R$ 391,036 mil

A participação da GE, será, portanto, 5,67% do pacote eletromecânico.

Considerando o valor investido pela CNO, informado de R$ 45 milhões, até o presente, sendo que 50% será assumido pela Obra Civil, e 50% pelos fornecedores do pacote eletromecânico, os fornecedores do pacote E&M ficam responsáveis por R$ 22,5 milhões.

A GE que terá 5,67% do pacote E&M, neste primeiro momento, fica responsável por R$ 1,277,233 (hum milhão, duzentos e setenta e sete mil e duzentos e trinta e três REAIS). Gostaria de dobrar o número de turbinas e dobrar este valor.

2. Outros pontos a considerar, e que serão perguntas que vou ter que responder aos americanos:

a) a Odebrecht já tem uma previsão do valor para concluir os estudos ???

b) o Development Fee é de exclusividade da CNO ou inclue FURNAS ??? a GE terá dificuldades, caso envolva agente público.

c) Gostaria de receber o Quadro de Rendimentos e a Matriz de Interface, que serão anexas.

Estarei te ligando hoje, na parte da tarde para falarmos sobre isto.

Atenciosamente,

Luiz Alberto Küster
GE Energy
Power Generation
Diretor Regional de Vendas

T +55 11 3067 8441
F +55 11 3067 8004
C +55 11 8245 5421
D *897 8441
E luiz.kuster@ge.com
www.gepower.com/hydro

Av. Nove de Julho, 5229 - 6º Andar
São Paulo, SP 01407 907, Brasil
General Electric do Brasil Ltda.