# Exhibit Omitted Pending Motion to Seal