# EXHIBIT E

MINUTES OF MEETING
MADEIRA RIVER COMPLEX
DATE: 12.12.2005

SUBJECT: SUPPLY OF ELECTROMECHANICAL EQUIPMENT

PARTICIPANTS:

José Bonifácio Pinto Júnior – Odebrecht
Edwaldo Tamberg – Odebrecht

1. Odebrecht and GE met to define the conditions for GE to join the future Construction Consortium to be formed to supply the needs of the Jirau and Santo Antônio Hydropower Plants.

   In view of the projects' size, complexity and dynamics, it is important to note that it does not exhaust nor concludes all pertinent topics.

2. Composition of imported products:

   - The preliminary scope allocated to GE is conditioned upon the successful securing of the respective financing (domestic portion v. imported portion), including with respect to its commitment to SPE in order to obtain competitive financing that covers the imported portion.

3. Commercial conditions

   - Invoices must be submitted by the 5th of the month subsequent to the effective fulfillment of the event, according to the contractual schedule, and the payment will be made 15 days later.

   - The adjustment of the domestic portion will take place yearly, based on the variation of the IGP-M or a parametric formula to be negotiated with SPE.

   - The prices agreed to in these minutes are expressed in Reals, in the economic and tax basis of December 2005. Prices also include all calculations, models, designs, materials, fabrication, transportation (see below), assembly supervision and commissioning, as well as all activities and services, except for assembly, which are required for the perfect performance of the scope designated to GE.

     Jirau Hydropower Plant

    44 units Turbine + regulation system – R$ 1,221,947,000.00
    with 12 units equipped with fixed rotor blades.
    44 units Generator + exciter system – R$ 826,000,000.00

    Santo Antônio Hydropower Plant

    44 units Turbine + regulation system – R$ 1,235,996,000.00
    with 12 units equipped with fixed rotor blades.
    44 units Generator + exciter system – R$ 849,200,000.00

- 1.50% will be applied on this amount, corresponding to the "Development Fee" to which Odebrecht is entitled.

- The "Down Payment" will be equivalent to 2% on the amount of the supply.

- The cash flow is neutral.

- The agreed interface matrix is attached.

- To supply spare parts, the agreed prices include a percentage of 2%. In due time a list of spare parts will be defined, with GE's help, based on the already provided documentation.

- Transportation, insurance, customs and other expenses related to the supply in question are not included in the agreed price. In any event, GE agrees to maintain the price constant in its proposal should Odebrecht not be able to obtain a better price.

4. Guarantees

- It is agreed that GE will provide at least, whenever required, a performance bond for 15% of the value of its supply and equal to the amount paid in advance.

- The total limit for penalties due to delays, performance, and other reasons ascribable to GE will be at least 15% of the amount of the supply.

- The details regarding penalties for lack of performance will be defined in due time.

- GE will provide cross guarantees in the amount required for its supply so there is no "contamination" between the construction and electromechanical supply groups.

solidary "Lump sum" consortium that always protects the common interests.

- GE undertakes to pay Odebrecht by 12.28.2005 the amount of R$ x,000,000.00, provisorily indicated, related to the reimbursement of costs already incurred by Odebrecht along the last 4 years in the development of the Madeira River Complex and in the execution of the inventory, feasibility, EIS/EIR, Strategic Environmental Assessment and other required studies. These figures are not final and a list of all incurred expenses will be presented. As of January 2006, the expenses required to continue the development of the Madeira River will be divided proportionately to each member. These expenses will be submitted by Odebrecht to ANEEL for reimbursement at the time when the Concession Agreement is signed by the winners of the power auction.

- The scope of this understanding will have 14 turbines and may be increased for generators and hydromechanical equipment as a result of the final development of the negotiations and will take place under the same conditions agreed to herein.

- GE is aware that one of the partners in SPE is Furnas Centrais Elétricas S.A. and that its proposal contemplates the level of demand required by this company.

- Odebrecht offers, as an alternative to an equity investment by GE in SPE, the acquisition of debentures that may be converted into shares of SPE, a unique cash series subordinated to the Madeira River project, the draft of which will be sent in the next few days.

- Contract terms and conditions will be those adjusted by the Construction Consortium (construction + electromechanical supply) under negotiation with SPE. Should the Construction Consortium obtain better conditions that those established herein, these conditions will be passed on to all consortium members.

- All documents sent by the PARTIES after the execution of the Confidentiality Agreement continue effective when there is no conflict with these minutes.

- Construtora Norberto Odebrecht S A is the leader of the Construction Consortium.

# TRANSLATORS' CERTIFICATE

I, Timothy Yuan, hereby certify that I speak and write both the Portuguese and English languages; that I have translated the foregoing 12/12/2005 Draft of Minutes to the best of my ability; and that it is a true and correct translation to the best of my knowledge, information, and belief.

_____     9/12/07
Signature                                                                              Date

Kavitha Reddy 9/12/2007

KAVITHA REDDY
NOTARY PUBLIC-STATE OF NEW YORK
No. 02RE6154511
Qualified in New York County
My Commission Expires ...

ATA DE REUNIÃO
COMPLEXO RIO MADEIRA
DATA: 12.12.2005

ASSUNTO: FORNECIMENTO DE EQUIPAMENTOS ELETROMECÂNICOS

PRESENTES:

José Bonifácio Pinto Júnior – Odebrecht
Edwaldo Tamberg – Odebrecht

1. Odebrecht e a GE se reuniram para definir as condicionantes para entrada da GE no futuro Consórcio Construtor a ser formado visando atender as necessidades dos AHE's Jirau e Santo Antonio.

    Devido ao porte, complexidade e dinâmica dos empreendimentos, registra-se que a mesma não esgota nem conclui todos os temas pertinentes.

2. Composição de produtos importados:

    - O escopo provisoriamente atribuído a GE, é condicionado ao bom equacionamento do respectivo financiamento (parte nacional x parte importada) inclusive quanto ao comprometimento da mesma com a SPE no sentido de obter um financiamento competitivo que dê cobertura ao seu fornecimento importado.

3. Condições comerciais

    - As faturas deverão ser apresentadas até o dia 05 do mês subseqüente ao do efetivo cumprimento do evento, conforme cronograma contratual e o pagamento se dará 15 dias após.

    - O reajustamento da parcela nacional terá periodicidade anual e será com base na variação do IGP-M ou fórmula paramétrica negociada com a SPE.

    - Os preços acertados nesta ata são em Reais e estão na base econômica e tributária de dezembro de 2005. Os preços, também incluem, todos os cálculos, modelos, projetos, materiais, fabricação, transporte (conforme abaixo), supervisão de montagem e de comissionamento bem como, todas as atividades e serviços, exceto a montagem, necessários a perfeita execução do escopo determinado para a GE.

        AHE Jirau

44 unids. Turbina + Sistema de regulação – R$ 1.221.947.000,00
sendo 12 unidades com pás do rotor fixas.
44 unids Gerador + sistema de excitação – R$ 826.000.000,00

AHE Santo Antonio

44 unids. Turbina + Sistema de regulação – R$ 1.235.996.000,00
Sendo 12 unidades com pás do rotor fixas.
44 unids. Gerador + sistema de excitação – R$ 849.200.000,00

- Sobre este valor, será adicionado 1,50% que corresponde ao "Development Fee" que a Odebrecht faz jus.

- O "Down Payment" será de 2% aplicados sobre o valor do seu fornecimento.

- O fluxo de caixa é neutro.

- A matriz de interfaces consensada encontra-se em anexo.

- Para atendimento as peças sobressalentes, os preços acertados contemplam um percentual de 2%. Oportunamente, será definido, com o apoio da GE, uma lista de peças sobressalentes, com base na documentação já fornecida.

- As despesas de transporte, seguros, despesas aduaneiras e despesas correlatas relativas ao fornecimento em questão, não estão incluídas no preço acertado. De qualquer forma, a GE se compromete a manter o preço constante em sua proposta caso a Odebrecht não venha a conseguir um preço melhor.

4. Garantias

- Fica acertado que a GE irá fornecer no mínimo, quando exigido, uma garantia de fiel cumprimento do contrato de 15% do valor de seu fornecimento e de igual valor ao adiantamento obtido.

- O limite total de penalidades por atraso, performance e outras razões imputáveis a GE será no mínimo de 15% do valor do seu fornecimento.

- O detalhamento das penalidades referentes a falta de performance, será definidas oportunamente.

- A GE deverá fornecer garantias cruzadas no valor necessário ao seu fornecimento de tal ordem que não haja "contaminação" dos grupos de obras civis e de fornecimento eletromecânico.

- Os mínimos rendimentos de turbina e gerador estão no quadro em anexo.

- O "Setting" do distribuidor deverá estar nas cotas informadas pela PCE. A GE assume o compromisso de verificar a possibilidade de elevar o "Setting" do grupo turbina /gerador do AHE Santo Antonio em 2,00 mts. Caso haja mudanças que resultem em aumento de custos para o grupo civil, a GE irá ressarci-los.

5. Compromissos

    - Esta ata encontra-se submetida ao Acordo de Confidencialidade assinado pelas partes e em vigor.

    - A GE se compromete a promover melhorias em seus projetos e fornecimentos que promovam uma redução no valor de seu fornecimento de 3,50% sem onerar as obras civis e montagem. O que for obtido além deste percentual, não dirá respeito a SPE. Apenas as reduções de escopo que venham a ser identificadas pelos membros da SPE é que promoverão redução do preço acertado nesta ata.

    - A GE assume o compromisso de iniciar imediatamente as atividades de coordenação e planejamento bem como, a efetiva execução de cálculos, modelos e projetos que possibilitem a entrega na obra da 1ª unidade com 32 meses contados da ordem de serviço. Estes investimentos não serão objeto de pagamento pela SPE e estão incluídos no preço acertado nesta ata.

    - A Odebrecht está trabalhando no sentido de ter, antes do leilão, um pré-contrato assinado entre a SPE e os membros do Consórcio Construtor.

    - A liderança tecnológica (modelos hidráulicos) será exercida por XXXXX e XXXXX porém, estimula-se a desenvolver as referencias hidráulicas em conjunto com a GE, harmonizando o grupo em benefício ( energético) do empreendimento.

    A estrutura e procedimentos de funcionamento da coordenação do Consórcio eletromecânico (São Paulo e obra), sob organização da XXXXXX será 100% dedicada ao empreendimento, deverá ser discutida e aprovada com a Odebrecht assim como, os respectivos currículos profissionais envolvidos e orçamento para implantá-lo, o qual não está incluído nos preços acima citados.

    - A GE não poderá sob nenhuma hipótese vender, negociar, trocar a posição aqui assumida com a Odebrecht.

- A GE não se opõe a que a Odebrecht possa escolher os demais membros do Consórcio fornecedor de equipamentos com os quais se compromete a formar um consórcio solidário em regime de "Lump sum" visando, sempre, a proteção dos interesses comuns.

- A GE se compromete a pagar a Odebrecht até 28.12.2005, o valor de R$ x.000.000,00 , indicados provisoriamente, relativos ao reembolso de custos já realizados pela Odebrecht ao longo dos últimos 4 anos na estruturação do Complexo rio Madeira e na realização dos estudos de inventário, viabilidade, EIA-RIMA, Avaliação Ambiental Estratégica e outros necessários. Estes números não são finais e será apresentado um demonstrativo de todas as despesas realizadas. A partir de janeiro de 2006, as despesas necessárias a continuidade da estruturação do rio Madeira, serão repartidas nas proporções da participação de cada um. Estas despesas serão apresentadas pela Odebrecht à ANEEL para reembolso por ocasião da assinatura do Contrato de Concessão pelos vencedores do leilão de energia.

- O alcance do presente entendimento terá 14 turbinas podendo ser ampliado para geradores e equipamentos hidromecânicos em razão de desenvolvimento final das negociações e se dará dentro das mesmas condições ora acordadas.

- A GE é sabedora que um dos sócios na SPE é a empresa Furnas Centrais Elétricas S A e que sua proposta contempla o nível de exigência requerido por esta empresa.

- A Odebrecht oferece como alternativa ao aporte de "Equity" da GE à SPE, a aquisição de debêntures conversíveis em ações da SPE, série única de espécie subordinada do projeto rio Madeira, cujo minuta será enviada nos próximos dias.

- Os termos e condições contratuais serão os ajustados pelo Consórcio Construtor (obras civis + fornecimento eletromecânico) em negociação com a SPE. Caso o Consórcio Construtor venha obter condições melhores do que as constantes desta ata, estas condições serão repassadas a todos os consorciados.

- Todos os documentos enviados pelas PARTES após a assinatura do Acordo de Confidencialidade, continuam válidos naquilo que não conflite com esta ata.

- A Construtora Norberto Odebrecht S A é a líder do Consórcio Construtor.