# EXHIBIT F

Main Identity

From:       "Edwaldo Tamberg" <edwaldotamberg@odebrecht.com>
To:         <joao-batista.daltrini@power.alstom.com>; <jboni@odebrecht.com>;
            <carlos.vera@power.alstom.com>; <armindo.silva@power.alstom.com>; <tulio.furtado@vs-
            hydro.com>; <luiz.kuster@ps.ge.com>; <corinna.ranzinger@ge.com>;
            <renato.lanzi@vatechhydro.com.br>; <alexander.oeller@vatech-hydro.at>
Sent:       Thursday, February 02, 2006 9:14 AM
Subject:    RE: Minutes of Meeting – CNO and Madeira River Electromechanical Consortium

Ladies and Gentlemen:

With respect to the date for the next meeting, would you consider 2/9 at 14:30 at CNO VillaLobos, as Bonifácio and
I have another commitment on the 10th? Edwaldo Tamberg.

        -----Original Message-----
        From:       joao-batista.daltrini@power.alstom.com [mailto:joao-batista.daltrini@power.alstom.com]
        Sent:       Wednesday, February 1, 2006 4:27 PM
        To:         <jboni@odebrecht.com>; <edwaldotamberg@odebrecht.com>;
                    <carlos.vera@power.alstom.com>; <armindo.silva@power.alstom.com>; <tulio.furtado@vs-
                    hydro.com>; <luiz.kuster@ps.ge.com>; <corinna.ranzinger@ge.com>;
                    <renato.lanzi@vatechhydro.com.br>; <alexander.oeller@vatech-hydro.at>
        Subject:    Minutes of Meeting – CNO and Madeira River Electromechanical Consortium

Madeira River coordination between CNO and Turbine and Generator Manufacturers

Objective – Kick-off of coordination among members of the Turbine and Generator Manufacturer Consortium

LOCATION – CNO – VILLALOBOS – SÃO PAULO     JANUARY 31, 2006

PARTICIPANTS:

José Bonifácio Pinto Jr      - ODEBRECHT
Edwaldo Tamberg             - ODEBRECHT
Carlos Vera                 - ALSTOM
Armindo Silva               - ALSTOM
João Batista Daltrini       - ALSTOM
Túlio Furtado               - VOITH SIEMENS
Luiz Alberto Kuster         - GE HYDRO
Corinna Ranzinger           - GE HYDRO
Renato Lanzi                - VATECH
Alexander Oeller            - VATECH

1.  CNO's (Bonifácio e Edwaldo) introduction of the members of the Turbine and Generator Manufacturers
Consortium, which is meeting for the first time, and communication that Alstom is the leader of the
Electromechanical Consortium.

2.  The goal for the group is to submit a consolidated technical and commercial proposal to allow participation
in the bid in May or June 2006, that is, an offer for late March, which will be discussed with the future SPC, and
thus allow for a pre-agreement to be signed in late March to define exclusivity, price, terms and conditions and
planning for this agreement.

3.  Preparatory work:

- Next meeting 2/9/06 (in the afternoon) or 2/10/06 (in the morning);
- Constructor Consortium Agreement (Civil Construction Group + Electromechanical Group) – being arranged by CNO, will de delivered within the next 10 days;
- Pre-agreement's Terms and Conditions – being arranged by CNO, will de delivered within the next 10 days;
- Electromechanical Consortium agreement – being arranged by the Electromechanical Consortium leader and will be delivered on February 8, 2006; - after prior verification by the members, adapt to the terms and conditions of the Constructor Consortium Agreement and the pre-agreement's Terms and Conditions;
- Alstom will deliver an outline of the technical and commercial proposal to the Electromechanical Consortium members by late next week (2/10/06);
- Preparation of the technical/commercial proposal by 2/25/06;
- At the meeting on February 9 or 10, Alstom will submit a proposal for the organization of the Electromechanical Consortium with definitions and procedures for coordination, list of action items and programs to prepare the offer;
- On 2/2/06, meeting among the members of the Electromechanical Consortium, at Alstom (Al. Campinas), to discuss the technical aspects of the Turbine and Generator Group;
- On 2/3/06, meeting with the members of the Electromechanical Consortium and PCE, in Rio de Janeiro, to obtain all design details and thus define the optimized Turbines/Generators.
- Alstom will contact Energ Power next week to begin negotiating the subcontracting of the portion for Energ Power
- The Electromechanical Consortium will establish the matrix of interfaces based on the model provided in April/May 2005, by 2/20/06.

4.  The non-disclosure conditions agreed between Odebrecht and each of the members of the Electromechanical Consortium allow the exchange of information among them in order to prepare the technical/commercial offer.

5.  Odebrecht informed that it hired a number of advisors to structure the project.
    o  Santander – international advisor
    o  Unibanco, Bradesco, Itaú, and ABN AMRO – Brazilian advisors
    o  KPMG – tax issues
    o  Others – legal issues

6.  Packages to complete the Electromechanical Consortium Group:
    - The division is being established as a package of Hydromechanicals, Hoists, and Lock on the one hand and a package of Command and Control, Telecommunications, Surge and Neutral Cubicle, Shielded Buses, Auxiliary Electrical Systems, Auxiliary Mechanical Systems, Transformers, Circuit Breakers, SF6 Substation, and Installation Materials, to be chosen by mutual agreement between Odebrecht and the Electromechanical Consortium and integrated into the latter.

7.  Representatives:
    - Bonifácio/Edwaldo were appointed by ODEBRECHT
    - Kuster was appointed by GE
    - Renato Lanzi was appointed by VATECH
    - Túlio was appointed by VOITH SIEMENS
    - Daltrini was appointed by ALSTOM

8.  Schedule of Works
    - Odebrecht was asked to urgently provide the schedule for the Civil Construction Works in order to adapt the supply schedule and then adapt the assembly schedule.

Page 3 of 3

CONFIDENTIALITY: This e-mail and any attachments are confidential and may be privileged. If you are not a named recipient, please notify the sender immediately and do not disclose the contents to another person, use it for any purpose or store or copy the information in any medium.

9/5/2007

# TRANSLATORS' CERTIFICATE

I, Timothy Yuan, hereby certify that I speak and write both the Portuguese and English languages; that I have translated the foregoing 2/2/2006 E-mail from Tamberg to the best of my ability; and that it is a true and correct translation to the best of my knowledge, information, and belief.

_____          9/12/07
Signature                                 Date

*Kavitha Reddy* 9/12/2007

KAVITHA REDDY
NOTARY PUBLIC-STATE OF NEW YORK
No. 02RE6154611
Qualified in New York County
My Commission Expires October 23, 2010

**Main Identity**

| | |
|---|---|
| **From:** | "Edwaldo Tamberg" <edwaldotamberg@odebrecht.com> |
| **To:** | <joao-batista.daltrini@power.alstom.com>; <jboni@odebrecht.com>; <carlos.vera@power.alstom.com>; <armindo.silva@power.alstom.com>; <tulio.furtado@vs-hydro.com>; <luiz.kuster@ps.ge.com>; <corinna.ranzinger@ge.com>; <renato.lanzi@vatechhydro.com.br>; <alexander.oeller@vatech-hydro.at> |
| **Sent:** | Thursday, February 02, 2006 9:14 AM |
| **Subject:** | RES: Ata de Reunião- CNO e Consórcio Eletromecânico Rio Madeira. |

Prezados senhores,
Com relação à data d apróxima reunião, pedimos considerar o dia 09.02, às 14:30, na CNO VillaLobos, visto que no dia 10 Bonifácio e eu temso ja´a agnda comprometida com outro assunto. OK? Edwaldo Tamberg

---Mensagem original-----
**De:** joao-batista.daltrini@power.alstom.com [mailto:joao-batista.daltrini@power.alstom.com]
**Enviada em:** quarta-feira, 1 de fevereiro de 2006 16:27
**Para:** jboni@odebrecht.com; edwaldotamberg@odebrecht.com; carlos.vera@power.alstom.com; armindo.silva@power.alstom.com; tulio.furtado@vs-hydro.com; luiz.kuster@ps.ge.com; corinna.ranzinger@ge.com; renato.lanzi@vatechhydro.com.br; alexander.oeller@vatech-hydro.at
**Assunto:** Ata de Reunião- CNO e Consórcio Eletromecânico Rio Madeira.

Coordenação Rio Madeira entre CNO e os Fabricantes de Turbinas e Geradores

Objetivo - Kick - off de Coordenação entre os membros do Consórcio de Fabricantes de Turbinas e Geradores

LOCAL - CNO  - VILLALOBOS -SÃO PAULO      DIA 31 de JANEIRO de 2006

PRESENTES :

| | | |
|---|---|---|
| José Bonifácio Pinto Jr | - | ODEBRECHT |
| Edwaldo Tamberg | - | ODEBRECHT |
| Carlos Vera | - | ALSTOM |
| Armindo Silva | - | ALSTOM |
| João Batista Daltrini | - | ALSTOM |
| Túlio Furtado | - | VOITH SIEMENS |
| Luiz Alberto Kuster | - | GE HYDRO |
| Corinna Ranzinger | - | GE HYDRO |
| Renato Lanzi | - | VATECH |
| Alexander Oeller | - | VATECH |

1. Apresentação pela CNO (Bonifácio e Edwaldo) dos membros do Consórcio de Fabricantes para os grupos Turbina e Gerador, que se reúnem pela primeira vez e comunicado que a Alstom é a líder do Consórcio Eletromecânico.

2. A meta para o grupo é apresentar uma proposta técnica e comercial, consolidada, para permitir a participação no leilão de Maio ou Junho de 2006, ou seja, uma oferta para final de Março, a qual será discutida com a futura SPC, e assim se poder assinar um pré-contrato ao final de Março, definindo exclusividade, preço, termos e condições e planejamento desse contrato.

Trabalhos preparatórios:

- Próxima reunião ou dia 09/02/06 (à tarde) ou dia 10/02/06 (de manhã);
- Acordo do Consórcio Construtor (Grupo Civil + Grupo Eletromecânico) - sendo providenciado pela CNO e entregue nos próximos 10 dias;
- Termos e Condições do pré-contrato - sendo providenciado pela CNO e entregue nos próximos 10 dias;
- Acordo do Consórcio Eletromecânico - sendo providenciado pela líder do Consórcio Eletromecânico e entregue em 08 Fevereiro 2006 – após prévia veriifcação dos membros, adaptar aos termos e condições do Acordo do Consórcio Construtor e aos Termos e Condições do pré-contrato;
- Alstom entregará aos demais membros do Consórcio Eletromecânico, um boneco da proposta técnica e comercial para final da próxima semana (10/02/06);
- Elaboração da proposta técnica/comercial para até 25/02/06;
- Na reunião do dia 09 ou 10 de Fevereiro, a Alstom entregará uma proposta de organização do Consórcio Eletromecânico, com as definições e procedimentos de coordenação, lista de ações e programas para preparar a oferta;
- Dia 02/02/06, reunião entre os membros do Consórcio Eletromecânico, na Alstom (Al. Campinas) para tratar dos aspectos técnicos do Grupo Turbina e Gerador;
- Dia 03/02/06, reunião dos membros do Consórcio Eletromecânico com a PCE, no Rio de Janeiro, para tomar conhecimento de todos os detalhes do projeto e, assim, definir as Turbinas/Geradores otimizadas.
- A Alstom deverá na próxima semana contatar Energ Power para início das negociações da subcontratação da parcela referente a Energ Power
- O Consórcio Eletromecânico deverá estabelecer matriz de interfaces tendo por base modelo entregue em Abril/Maio 2005, até 20/02/06.

4. As condições de confidencialidade assinadas entre a Odebrecht e cada um dos membros do Consórcio Eletromecânico estão abertas para troca de informações entre estes, no sentido de se preparar a oferta técnica / comercial.

5. A Odebrecht informou que contratou uma série de advisors para estruturação do projeto.
   o Santander - advisor internacional
   o Unibanco, Bradesco, Itaú e ABN AMRO - advisors brasileiros
   o KPMG - aspectos tributários
   o .Outros, para aspectos legais e jurídicos

6. Pacotes para completar o Grupo do Consórcio Eletromecânico:
   - Sendo estabelecido a divisão como pacote de Hidromecânicos, Levantamentos e Eclusa de um lado e um pacote de Comando & Controle, Telecomunicações, Cubículo de Surto e Neutro, Barramentos Blindados, Sistemas Auxiliares Elétricos, Sistemas Auxiliares Mecânicos, Transformadores, Disjuntores, Subestação SF6 e Materiais de Instalação, a serem integrados no Consórcio Eletromecânico escolhidos de comum acordo entre a Odebrecht e o Consórcio Eletromecânico na próxima semana.

7. Representantes:
   - pela ODEBRECHT, indicado Bonifácio / Edwaldo
   - pela GE, indicado Kuster
   - pela VATECH, indicado Renato Lanzi
   - pela VOITH SIEMENS, indicado Túlio
   - pela ALSTOM, indicado Daltrini

8. Cronograma das Obras
   - Foi solicitado a Odebrecht providenciar urgentemente o cronograma das Obras Civis, para adequação do cronograma de fornecimento e posterior adequação ao cronograma de montagem.

9/5/2007

CONFIDENTIALITY : This e-mail and any attachments are confidential
and may be privileged. If you are not a named recipient, please notify the
sender immediately and do not disclose the contents to another person,
use it for any purpose or store or copy the information in any medium.

9/5/2007

Main Identity

From:        <wanderley.perez@power.alstom.com>
To:          <jboni@odebrecht.com>; <edwaldotamberg@odebrecht.com>; <joao-
             batista.daltrini@power.alstom.com>; <renato.lanzi@vatechhydro.com.br>;
             <tulio.furtado@vs-hydro.com>; "Luiz Kuster" <luiz.kuster@ps.ge.com>;
             <carlos.vera@power.alstom.com>
Cc:          "Jeffrey Smith" <jeffreye.smith@ps.ge.com>; "Jeff Wiener"
             <jeff.wiener@ps.ge.com>; <corinna.ranzinger@ge.com>;
             <armindo.silva@power.alstom.com>; <alexander.oeller@vatech-hydro.at>;
             <pedro.hirschmann@power.alstorm.com>; "Werner Lacher"
             <werner.lacher@vs-hydro.com>
Sent:        Friday, February 10, 2006 4:36 PM
Attach:      REUNIÃO 09FEV06 - ODEBRECHT.ZIP
Subject:     Minutes of Meeting – CNO and Madeira River Electromechanical Consortium

Madeira River coordination between CNO and Turbine and Generator Manufacturers

Objective – Coordination among members of the Turbine and Generator Manufacturer
Consortium

LOCATION – CNO – VILLALOBOS – SÃO PAULO    FEBRUARY 9, 2006

PARTICIPANTS:

| | |
|---|---|
| José Bonifácio Pinto Jr | - ODEBRECHT |
| Edwaldo Tamberg | - ODEBRECHT |
| Carlos Vera | - ALSTOM |
| Armindo Silva | - ALSTOM |
| João Batista Daltrini | - ALSTOM |
| Pedro F Hirschmann | - ALSTOM |
| Wanderley Perez | - ALSTOM |
| Werner Lahrer | - VOITH SIEMENS |
| Túlio Furtado | - VOITH SIEMENS |
| Luiz Alberto Kuster | - GE HYDRO |
| Jeffrey R Wiener | - GE HYDRO |
| Joseph A Pompei | - GE HYDRO |
| Corinna Ranzinger | - GE HYDRO |
| Renato Lanzi | - VATECH |

1. CNO's presentation of the project's current status, confirming the government agencies'
   disposition in favor of the project, especially from IBAMA.
   Private bank, Syndicate of Banks, BNDES and IDB signal with optmism.
   Scheduled dates for the project:
       Advanced Environmental License:    earliest date: 30/APR    latest date: 25/MAY;
       Public Hearing: earliest date: last week MAR    latest date: 1st week APR;
       Concession Bid Announcement:    earliest date: 5/MAY    latest date: 5/JUN;
       Concession Bid:    earliest date: 30/JUN    latest date: 25/JUL.
   Bid Announcement being prepared by the Government.

9/5/2007

2.  CNO expressed its concern with respect to the definition of the machines – Alstom informed that the drawings and data will be delivered to PCE by 10/FEB.
    Alstom/VATech/VSH stated that the Net Fall is the responsibility of proprietary Engineering – confirms CNO.

3.  Preparatory work:
    Next meeting 2/16/06 at 2:00PM Villalobos;
    Construction Consortium Agreement (Civil Construction Group + Electromechanical Group) – being arranged by CNO, will de delivered on 17/FEB;
    Meeting regarding Schedule to take place at CNO with Walter Ajeje – Botafogo on 14/FEB – Alstom will confirm by 10/FEB;
    Pre-agreement's Terms and Conditions – being arranged by CNO; will be delivered on 17/FEB;
    Electromechanical Consortium agreement – being arranged by the Electromechanical Consortium leader and will be delivered on 10/FEB; - after prior verification by the members, adapt to the terms and conditions of the Construction Consortium Agreement and the pre-agreement;
    Alstom will deliver an outline of the technical and commercial proposal to the Electromechanical Consortium members on 10/FEB;
    Preparation of the technical/commercial proposal by 2/25/06;
    Alstom submitted a proposal for the organization of the Electromechanical Consortium (see attachment) with definitions and procedures for coordination, list of action items and programs to prepare the offer;
    Alstom will meet on 10/FEB with Energ Power to begin negotiating the subcontracting of the portion for Energ Power;
    The Electromechanical Consortium will establish the matrix of interfaces that will be delivered by CNO by 13/FEB;

4.  Packages to complete the Electromechanical Supply:

    By 17/FEB CNO expects to be able to submit the possible suppliers of undefined equipment to the Electromechanical Consortium.

(See attached file: REUNIÃO 09FEV06 - ODEBRECHT.ZIP)
"REUNIÃO 09FEV06 - ODEBRECHT.ZIP"

CONFIDENTIALITY: This e-mail and any attachments are confidential and may be privileged. If you are not a named recipient, please notify the sender immediately and do not disclose the contents to another person, use it for any purpose or store or copy the information in any medium.

9/5/2007

# TRANSLATORS' CERTIFICATE

I, Timothy Yuan, hereby certify that I speak and write both the Portuguese and English languages; that I have translated the foregoing 2/10/2006 E-mail from Perez to the best of my ability; and that it is a true and correct translation to the best of my knowledge, information, and belief.

_____          9/12/07
Signature                                                    Date

Kavitha Reddy 9/12/2007

KAVITHA REDDY
NOTARY PUBLIC-STATE OF NEW YORK
No. 02RE6154611
Qualified in New York County
My Commission Expires October 23, 2010

## Main Identity

| | |
|---|---|
| m: | <wanderley.perez@power.alstom.com> |
| To: | <jboni@odebrecht.com>; <edwaldotamberg@odebrecht.com>; <joao-batista.daltrini@power.alstom.com>; <renato.lanzi@vatechhydro.com.br>; <tulio.furtado@vs-hydro.com>; "Luiz Kuster" <luiz.kuster@ps.ge.com>; <carlos.vera@power.alstom.com> |
| Cc: | "Jeffrey Smith" <jeffreye.smith@ps.ge.com>; "Jeff Wiener" <jeff.wiener@ps.ge.com>; <corinna.ranzinger@ge.com>; <armindo.silva@power.alstom.com>; <alexander.oeller@vatech-hydro.at>; <pedro.hirschmann@power.alstom.com>; "Werner Lacher" <werner.lacher@vs-hydro.com> |
| Sent: | Friday, February 10, 2006 4:36 PM |
| Attach: | REUNIÃO 09FEVO6 - ODEBRECHT.ZIP |
| Subject: | Ata de Reunião- CNO e Consórcio Eletromecânico Rio Madeira. |

Coordenação Rio Madeira entre CNO e os Fabricantes de Turbinas e Geradores

Objetivo – Coordenação entre os membros do Consórcio de Fabricantes de Turbinas e Geradores

LOCAL - CNO  - VILLALOBOS -SÃO PAULO     DIA 09 de FEVEREIRO de 2006

PRESENTES :

| | | |
|---|---|---|
| José Bonifácio Pinto Jr | - | ODEBRECHT |
| Edwaldo Tamberg | - | ODEBRECHT |
| Carlos Vera | - | ALSTOM |
| A· ndo Silva | - | ALSTOM |
| Jo  Batista Daltrini | - | ALSTOM |
| Pedro F Hirschmann | - | ALSTOM |
| Wanderley Perez | - | ALSTOM |
| Werner Lahrer | - | VOITH SIEMENS |
| Túlio Furtado | - | VOITH SIEMENS |
| Luiz Alberto Kuster | - | GE HYDRO |
| Jeffrey R Wiener | - | GE HYDRO |
| Joseph A Pompei | - | GE HYDRO |
| Corinna Ranzinger | - | GE HYDRO |
| Renato Lanzi | - | VATECH |

1. Apresentação pela CNO da situação atual do projeto onde confirmou a disposição dos órgãos governamentais a favor do projeto, principalmente o BAMA.
   Banco privado, Sindicato de Bancos, BNDES e BID sinalizam com otimismo.
   Datas planejadas para o projeto:
   Licença Ambiental Prévia:          data mais cedo: 30/ABR
   data mais tarde: 25/MAI;
   Audiência Pública:          data mais cedo: ultima sem
   MAR   data mais tarde: 1ª sem ABR;
   Edital para a Licitação da Concessão:     data mais cedo:
   05/MAI     data mais tarde: 05/JUN;
   ·lão da Concessão:          data mais cedo: 30/JUN
   ı mais tarde: 25/JUL.
Edital de licitação em preparação pelo Governo.

2. CNO mostrou preocupação com relação a definição das máquinas - Alstom
i     mou que os desenhos e dados serão entregues a PCE até 10/FEV:
      ...stom/VATech/VSH, afirmaram que a Queda Líquida é responsabilidade da
Engenharia proprietária, - CNO confirma.

3. Trabalhos preparatórios:
     Próxima reunião 16/02/06 às 14:00 Villalobos;
     Acordo do Consórcio Construtor (Grupo Civil + Grupo Eletromecânico)
     - sendo providenciado pela CNO será entregue no dia 17/FEV;
     Reunião sobre Cronograma a ser realizada na CNO com Walter Ajeje -
     Botafogo em 14/FEV - Alstom irá confirmar até 10/FEV;
     Termos e Condições do pré-contrato - sendo providenciado pela CNO e
     será entregue em 17/FEV;
     Acordo do Consórcio Eletromecânico - sendo providenciado pela líder
     do Consórcio Eletromecânico e será entregue em 10/FEV; - após
     prévia verificação dos membros, adaptar aos termos e condições do
     Acordo do Consórcio Construtor e aos Termos e Condições do
     pré-contrato;
     Alstom entregará aos demais membros do Consórcio Eletromecânico, um
     boneco da proposta técnica e comercial em 10/FEV;
     Elaboração da proposta técnica/comercial para até 25/02/06;
     Alstom apresentou uma proposta de organização do Consórcio
     Eletromecânico, (ver anexo), com as definições e procedimentos de
     coordenação, lista de ações e programas para preparar a oferta;
     A Alstom se reunirá em 10/FEV com a Energ Power para início das
     .iegociações da subcontratação da parcela referente a Energ Power
     O Consórcio Eletromecânico deverá estabelecer matriz de interfaces
     que será entregue pela CNO até 13/FEV;

4. Pacotes para completar o Fornecimento Eletromecânico:

     Até 17/FEV a CNO espera poder apresentar para o Consórcio
     Eletromecânico os possíves fornecedores dos equipamentos não
     definidos.

(See attached file: REUNIÃO 09FEV06 - ODEBRECHT.ZIP)
     "REUNIÃO 09FEV06 - ODEBRECHT.ppt"

CONFIDENTIALITY : This e-mail and any attachments are confidential and
may be privileged. If you are not a named recipient, please notify the
sender immediately and do not disclose the contents to another person, use
t for any purpose or store or copy the information in any medium.