# EXHIBIT G



GE Energy
Power Generation

1 River Road – Suite 37-440
Schenectady, NY
USA, 12065
T +1 518 385 1797
M +1 973 615 0075
E jeff.wiener@ge.com

March 15th., 2006

Construtora Norberto Odebrecht S.A.
Avenida Nações Unidas, 4777 – 7°. Andar
São Paulo, SP 05477 000
Brasil

Att. - Mr. Edwaldo T. Tamberg

Ref. - Rio Madeira Project

Dear Mr. Tamberg,

With reference to our Minutes of Meeting (MoM) signed by myself on January 11th. 2006; This letter is to formally notify Construtora Norberto Odebrecht S.A. that for the reasons outlined in our meeting this morning; and in accordance with Section 5h, of the MoM, GE is withdrawing from the Rio Madeira Project without liability, except those comittments (exclusivity) defined in Section 5a of the MoM.

We regret that we must exit the project and hope that the project proceeds successfully. We offer the use of our Joint Venture facility (GEHI) as a subcontractor to help maintain project schedule and maximize local content to support the financing plan.

If there is anything further that I can do to help you with this project, please feel free to contact me directly.

Jeffrey R. Wiener
Hydro Commercial Operations Manager

GE International Inc.