# EXHIBIT H

15 de Maio de 2007

À
CONSTRUTORA NORBERTO ODEBRECHT S.A.
A/c: José Bonifácio Pinto Jr.
Diretor de Contrato

Assunto: PROJETO RIO MADEIRA

Prezados Senhores,

Tendo em vista que, em relação ao projeto em referência:

- CONSTRUTORA NORBERTO ODEBRECHT S.A. (CNO), GE HYDRO INEPAR DO BRASIL S.A. (GEHI) e IESA – EQUIPAMENTOS E MONTAGENS S.A. (IESA), fizeram intercâmbio de informações para os estudos de viabilidade para o fornecimento de equipamentos para o aproveitamento do Complexo RIO MADEIRA; e

- Dentre as informações trocadas estavam dados técnicos, comerciais e financeiros e outros estratégicos para a boa condução do Empreendimento; e

- Visando assegurar o sigilo das informações, as partes acima citadas firmaram, em 15 de Abril de 2005 um ACORDO DE CONFIDENCIALIDADE; e

- Tendo em vista a Cláusula 11 do referido ACORDO, o qual diz, in verbis: "A Parte que, de qualquer modo, decidir não mais participar do Empreendimento, no contexto do presente instrumento, deverá restituir toda a Informação Confidencial que receber na forma da cláusula 7ª do presente Acordo"; e

- Tendo em vista também a Cláusula 07 do referido ACORDO, o qual diz, in verbis: "Desde que solicitado, as Partes darão recibo de toda Informação Confidencial que receberem uma da outra, e se comprometem a devolver todas as Informações Confidenciais no prazo máximo de 30 (trinta) dias, a contar da solicitação da Parte Divulgadora ou da data de encerramento do presente Acordo".

Serve a presente para formalmente comunicar que a GEHI e a IESA, fundamentadas na cláusula 11 do ACORDO DE CONFIDENCIALIDADE, estão decidindo não mais participar em conjunto com os Senhores do Projeto RIO MADEIRA e, para tanto, devolvem toda documentação por elas recebida (conforme Anexo), bem como, conseqüentemente, esperam receber, no prazo de 30 dias, todos os documentos de sua propriedade que estejam na posse de V. Sras, incluindo, mas não se limitando, às PROPOSTAS apresentadas pela GEHI e IESA.

Declaramos que, dessa forma, nenhuma outra obrigação restará pendente entre a GEHI, CNO e IESA, no que tange ao empreendimento do Complexo RIO MADEIRA, salvo aquelas dispostas na Cláusula 14: "O presente Acordo não gera direitos, obrigações ou qualquer vínculo entre as Partes, à exceção daqueles de confidencialidade e sigilo estipulados neste Acordo" (grifo nosso).

1

A confidencialidade e o sigilo de todas as informações porventura veiculadas entre as signatárias do ACORDO serão mantidas e respeitadas pelas ora signatárias, que reiteram este compromisso formalmente através do presente documento.

Insta salientar que a rescisão das negociações para os estudos de fornecimento do Complexo RIO MADEIRA, nos moldes previstos no ACORDO, não deverá afetar futuros empreendimentos porventura envolvendo as PARTES.

Sendo o que temos a apresentar,
Subscrevemo-nos atenciosamente,

Pela GEHI:

_____   _____
JOSÉ A. S. MALTA           RICARDO NOITO

Pela IESA:

_____   _____
ATILANO DE OMS SOBR.       CÉSAR R. FIEDLER

2

ANEXO – PROJETO RIO MADEIRA

<u>DOCS. DEVOLVIDOS PELA GEHI e IESA</u>
1. CD-R enviado pela CNO:

   a) Pasta AHE JIRAU
   I – Carta GEHI r1.pdf
   II – Equipamentos Eletromecanicos-texto e Desenhos.pdf
   III – Matriz de Interfaces R00.pdf
   IV – PJ-0519-V1-00-RL-0002.pdf
   V – Rio Madeira projeto eletromecanico.pdf
   VI – Desenhos e numeração:
   - _0426093003_001.tif
   - _0426093009_001.tif
   - _0426093019_001.tif
   - _0426093024_001.tif
   - _0426093029_001.tif
   - _0426093040_001.tif
   - _0426093047_001.tif
   - _0426093053_001.tif
   - _0426093102_001.tif
   - _0426093110_001.tif
   - _0426093117_001.tif

   b) Pasta AHE STO ANTONIO
   I – Carta GEHI r1.pdf
   II – Equipamentos Eletromecanicos-texto e Desenhos.pdf
   III – Matriz de Interfaces R00.pdf
   IV – PJ-0532-V1-00-RL-0002.pdf
   V – Rio Madeira projeto eletromecanico.pdf
   VI – Desenhos e numeração:
   - _0426093148_001.tif
   - _0426093157_001.tif
   - _0426093204_001.tif
   - _0426093214_001.tif
   - _0426093222_001.tif
   - _0426093228_001.tif
   - _0426093233_001.tif
   - _0426093238_001.tif
   - _0426093248_001.tif
   - _0426093256_001.tif
   - _0426093301_001.tif

2. CD-R gravado pela GEHI & IESA (Subject do e-mail juntamente com anexos listados):
   I – Fw Solicitação da CNO - Fichas de Análise das Propostas de Fornecedores.msg
   - JIRAU-Elétrica-MODELO.doc
   - JIRAU-Mecânica-MODELO.doc

   II – Acordo de Confidencialidade – rio Madeira.msg

3

- Acordo de confidencialidade Geral - rev 180405.doc

III – Carta convite - Complexo rio Madeira.msg
- Carta GEHI r1.pdf
- Equipamentos Eletromecanicos-texto e Desenhos.pdf
- Matriz de Interfaces R00.pdf
- Rio Madeira projeto eletromecanico.pdf

IV - Fw Instalação Escritório Madeira.msg
V - Fw Jirau e Sto.Antonio - Análise das Propostas IESA-GE.msg
- Jirau-GE-Rel.Elétrica-R1.doc
- Jirau-GE-Rel.Mecânica-R0.doc
- Sto.Antonio-GE-Rel.Mecânica-R0.doc
- Sto.Antonio-GE-Rel.Elétrica-R1.doc

VI - Fw Proposta UHE's Santo Antonio e Jirau - Questionamentos.msg
VII - Fw Reunião entrega de proposta GEHI 09.08.05.msg
VIII - Fw Rio Madeira e Dardanelos.msg
IX - Fw Rio Madeira.msg
- AHE JIRAU - Regra Operacional.doc
- AHE Santo Antonio - Regra Operacional.doc
- Curva de Permanência Jirau.xls
- Curva de Permanência Santo Antonio.xls

X – Informações complementares - Complexo rio Madeira.msg
XI – Lista de telefones e ramais esc. rio Madeira-RJ.msg
- RELAÇÃO DE TELEFONES E RAMAIS.doc

XII – Re Acordo de Confidencialidade - rio Madeira.msg
XIII – Re data Sheets Rio Madeira.msg
XIV – Re data Sheets Rio Madeira (1).msg
XV – Re Reunião entrega de proposta GEHI 09.08.05 (2).msg
XVI - Re Rio Madeira (3).msg
XVII – Re Reunião entrega de proposta GEHI 09.08.05.msg
XVIII – Re Rio Madeira e Dardanelos.msg
XIX – Re Rio Madeira.msg
XX - Reunião entrega de proposta GEHI 09.08.05.msg
XXI - Reunião sobre proposta para o Complexo rio Madeira .msg

3. CD-R gravado pela GEHI & IESA com documentação técnica:
   I – AHE JIRAU - Regra Operacional.doc
   II – AHE Santo Antonio - Regra Operacional.doc
   III - Curva de Permanência Jirau.xls
   IV - Curva de Permanência Santo Antonio.xls
   V - PJ-0519-V1-00-RL-0002.pdf
   VI - PJ-0532-V1-00-RL-0002.pdf

4