# EXHIBIT I

/Header: 7/24/07, 6:43PM, GE HYDRO INEPAR - +55-19-40096405 - No. 0367 - P. 2/

GE Infrastructure
Energy

Rod. SP 340 Km. 118.5 (Campinas - Mogi Mirim)
Condomínio CPqD Prédio 11
Campinas, SP  13086-902, Brasil
GE Hydro Inepar do Brasil S.A.

Campinas, July 24, 2007

Construtora Norberto Odebrecht S.A.
Att.: José Bonifácio Pinto, Jr.
Rua Voluntários da Pátria, 89 - 4° Andar
22270-000 – Rio de Janeiro, RJ
Fax:  (21) 25593797/3796

Construtora Norberto Odebrecht S.A.
Att.: Edvaldo Tamberg
Av. das Nações Unidas, 4777 - 7° Andar
Edifício Villa Lobos – Alto de Pinheiros
05477-000 – São Paulo, SP
Fax:  (11) 3443 9242

IESA – Projetos, Equipamentos e Montagens S.A.
Att.: Atilano de Oms Sobrinho
Rodovia Manoel de Abreu, s/n, km. 4,5, Zona Rural, Araraquara – SP, registered in the
Corporate Taxpayer Registry under CNPJ/MF No. 29.918.943/0001-80
Fax:  (16) 33031005

Dear Sirs:

We refer to the Non-Disclosure Agreement ("Agreement") entered into between
Construtora Norberto Odebrecht S.A. ("Odebrecht"), GE Hydro Inepar do Brasil S.A.
("GEHI") and IESA – Projetos, Equipamentos e Montagens S.A. ("IESA").

Under Clause 5(c) of the Agreement, we hereby notify you that GEHI received the
attached request for information from the Department of Economic Protection and
Defense at the Secretariat of Economic Law (SDE – Secretaria de Direito Econômico)
under Article 14 of Law No. 8.884/94.

/Header: 7/24/07, 6:43PM, GE HYDRO INEPAR - +55-19-40096405 - No. 0367 - P. 3/

GE Infrastructure
Energy

Rod. SP 340 Km. 118.5 (Campinas - Mogi Mirim)
Condomínio CPqD Prédio 11
Campinas, SP  13086-902, Brasil
GE Hydro Inepar do Brasil S.A.

Therefore GEHI will provide the information and documents requested by SDE, including, without limitation, the minutes of meeting (MOM) dated January 11, 2006.

Sincerely yours,

/s/                                          /s/

Eduardo Ribeiro Santos                       Dalmon Rogério de Moraes Sapata
Director of Commercial Operations            Chief Financial Officer

/Header: 7/24/07, 6:43PM, GE HYDRO INEPAR - +55-19-40096405 - No. 0367 - P. 4/

/Header: 7/19/07, 9:18, 61-2263528 - COAF/SDE/MJGE - P. 01/

MINISTRY OF JUSTICE
SECRETARIAT OF ECONOMIC LAW
DEPARTMENT OF ECONOMIC PROTECTION AND DEFENSE
ESPLANADA DOS MINISTÉRIOS - ED. SEDE - 5° andar - Sala 552 - CEP: 70064-900
Tel: 223-3909/223-8916/429-3396

FAX TRANSMISSION COVER SHEET

| | |
|---|---|
| TO:<br>LEGAL REPRESENTATIVE | FROM:<br>DEPARTMENT OF ECONOMIC<br>PROTECTION AND DEFENSE |
| COMPANY:<br>GE Brazil | DATE: |
| FAX:<br>+55-11-3079-0418<br>TELEPHONE:<br>+55-11- | NO. OF PAGES (INCLUDING COVER):<br>01<br>SENDER'S REFERENCE TELEPHONE:<br>+55-61-223-3909<br>FAX:<br>+55-61-226-5772 |

OF/NO. 4172/2007/DPDE/CGS

July 18, 2007

Dear Sir,

1.    This Department has initiated an investigation to review the competitive
conditions for the Madeira River Hydropower Complex bids.

2.    According to information obtained until the present time, this Department is
aware that this company has entered into a non-disclosure agreement with
Odebrecht with respect to the Madeira River plant concession bids. Therefore, in
order to assist in the investigations underway in this agency, I request that you
inform us whether other agreements have been signed or if the
agreements/contracts already signed contain any clauses that in any way restrict
this company's freedom to contract and negotiate with other consortia to
participate in bids (non-compete, first refusal, etc.) If so, please provide a copy of
the contractual document and indicate said clause, with a justification as the case
may be.

I certify that this document was delivered to Mr./Ms. _____ on
_____ at __:__.

/Header: 7/24/07, 6:44PM, GE HYDRO INEPAR - +55-19-40096405 - No. 0367 - P. 5/

/Header: 7/19/07, 9:18, 61-2263528 - COAF/SDE/MJGE - P. 02/

3.   This request is based on the provisions of Art. 14 of Law No. 8,884/94 and the response should be sent, within 7 (seven) days, to the Secretariat of Economic Law, which is located at Esplanada dos Ministérios, Bloco "I," Edifício Sede, 5° andar, Brasília – DF, CEP 70064-900, Fax: 61-3226-5772.

4.   I warn you that the refusal, omission, misleading or unjustified delaying in complying with this letter in the indicated timeframe and manner constitutes an infraction that is punishable by a daily penalty set as R$ 5,320.50 (five thousand three hundred twenty reals and fifty cents) under Art. 26, sole paragraph, of Law No. 8,884/94 of June 11, 1994 without prejudice to other applicable civil and criminal sanctions.

Sincerely yours,

/s/

Alessandra Viana Reis
General Coordinator of CGSI

# TRANSLATORS' CERTIFICATE

I, Timothy Yuan, hereby certify that I speak and write both the Portuguese and English languages; that I have translated the foregoing 7/24/2007 Letter from Santos/Sapata to Pinto to the best of my ability; and that it is a true and correct translation to the best of my knowledge, information, and belief.

_____          9/12/07
Signature                                                      Date

_Kavitha Reddy 9/12/2007_

KAVITHA REDDY
NOTARY PUBLIC-STATE OF NEW YORK
No. 00RE6156611
Qualified in New York County
My Commission Expires October 25, 2010



GE Infrastructure
Energy

Rod. SP 340 Km 118,5 (Campinas-Mogi Mirim)
Condomínio CPqD Predio 11
Campinas, SP, 13086-902, Brasil
GE Hydro Inepar do Brasil S.A

Campinas, 24 de julho de 2007.

**Construtora Norberto Odebrecht S.A.**
**A/T: JOSÉ BONIFÁCIO PINTO JR.**
Rua Voluntários da Pátria, 89 – 4º Andar
22270-000 - Rio de Janeiro, RJ
Fax: (21) 25593797 / 3796

**Construtora Norberto Odebrecht S.A.**
**A/T: EDVALDO TAMBERG**
Av. das Nações Unidas, 4777 - 7º andar
Edifício Villa Lobos - Alto de Pinheiros
05477-000 – São Paulo, SP
Fax: (11) 3443 9242

**IESA – Projetos, Equipamentos e Montagens S.A.**
**AT.: ATILANO DE OMS SOBRINHO**
Rodovia Manoel de Abreu, s/n, km 4,5, Zona Rural, Araraquara – SP, inscrita no
CNPJ/MF sob no. 29.918.943/0001-80
Fax: (16) 33031005

Prezados Senhores:

Referimo-nos ao Acordo de Confidencialidade (o "Acordo") firmado entre
Construtora Norberto Odebrecht S.A. ("Odebrecht"), GE Hydro Inepar do Brasil S.A.
("GEHI") e IESA – Projetos, Equipamentos e Montagens S.A. ("IESA").

Nos termos da Cláusula 5(c) do Acordo, servimo-nos da presente para notificar a
V.Sas. que a GEHI recebeu a anexa requisição de informações do Departamento
de Proteção e Defesa Econômica da Secretaria de Direito Econômico – SDE com
base no Artigo 14 da Lei no. 8.884/94.

GE Hydro Inepar do Brasil S.A.



GE Infrastructure
Energy

Rod. SP 340 Km 118,5 (Campinas-Mogi Mirim)
Condominio CPqD Predio 11
Campinas, SP. 13086-902, Brasil
GE Hydro Inepar do Brasil S.A

Neste sentido, a GEHI fornecerá as informações e documentos requisitados pela
SDE, inclusive, sem limitação, a ata de reunião – MOM datada de 11 de janeiro de
2006.

Atenciosamente,

Eduardo Ribeiro Santos
Diretor de Operações Comerciais

Dalmon Rogério de Moraes Sapata
Diretor Financeiro

GE Hydro Inepar do Brasil S/A

**MINISTÉRIO DA JUSTIÇA**
**SECRETARIA DE DIREITO ECONÔMICO**
**DEPARTAMENTO DE PROTEÇÃO E DEFESA ECONÔMICA**
ESPLANADA DOS MINISTÉRIOS - ED. SEDE - 3ª andar - Sala 332 - CEP: 70064-900
Fone: 223-3909/ 223-9316/ 425-3936

**FOLHA DE TRANSMISSÃO DE FAX**

| PARA: | DE: |
|---|---|
| Sr. Representante Legal | DEPARTAMENTO DE PROTEÇÃO E DEFESA ECONÔMICA |
| EMPRESA: | DATA: |
| GE Hydro Inepar do Brasil | |
| FAX: | NÚMERO DE PÁGINAS INCLUINDO A FOLHA DE ROSTO: |
| 19-40009-5406 | 01 |
| TELEFONE: | TEL. DE REF. DO REMETENTE: |
| 11- | (61) 223-3909 |
| | FAX: |
| | (61) 226-8772 |

OF/Nº 472/2007/DPDE/CGSI

Em 18 de julho de 2007.

Prezado Senhor,

1. Este Departamento iniciou investigação para analisar as condições de concorrência nos leilões do Complexo Hidrelétrico do Rio Madeira.

2. De acordo com as informações obtidas até o momento, este Departamento tem conhecimento que essa empresa celebrou acordo de confidencialidade com a Odebrecht relativo aos leilões de concessão das usinas do Rio Madeira. Nesse sentido, com o intuito de subsidiar as investigações em curso neste órgão, requisito que V.Sa. informe se foram assinados outros contratos - ou se há alguma cláusula nos acordos/contratos já firmados que restrinja de alguma forma a liberdade de contratação e de negociação dessa empresa com outros consórcios para participação nos leilões (cláusula de não-concorrência, de preferência etc). Caso positivo, apresentar cópia do documento contratual, com a indicação da referida cláusula, justificando se for o caso.

Certifico que este documento foi entregue ao Sr.(a) _____, em __ às __ h __.

Jul. 24. 2007  6:44PM    GE HYDRO INEPAR- +55(19) 4DD96405        N°. 0367    P. 5

19/07/2007  09:18    61-2263528        COAF/SDE/MJ                PAG.  02

3.  A presente requisição está amparada pelo disposto no art. 14 da Lei n°
8.884/94, sendo que a resposta deve ser encaminhada, no prazo de 07
(sete) dias, à Secretaria do Direito Econômico, situada na Esplanada dos
Ministérios, Bloco "J", Edifício Sede, 5° andar, Brasília – DF, CEP 70064-
900, Fax: 61-3226-5772.

4.  Advirto que a recusa, omissão, cavmosidade ou retardamento
injustificado no atendimento a este ofício no tempo e modo assinalados,
constitui infração punível com multa diária arbitrada em R$ 5.320,50
(cinco mil trezentos e vinte reais e cinqüenta centavos), nos termos do
disposto no art. 26, caput, da Lei n. 8.884/94, de 11 de junho de 1994,
sem prejuízo das demais sanções cíveis e criminais cabíveis.

Atenciosamente,

Avreis
Alessandra Viana Reis
Coordenadora Geral da CGSI