# EXHIBIT J

Case 1:07-cv-08014-CM    Document 17-12    Filed 09/27/2007    Page 1 of 5

ODEBRECHT

Construtora Norberto Odebrecht S.A.

Rio de Janeiro, July 25, 2007
CNO/MADE/DC-012/07

To
GE Hydro Inepar do Brasil S.A.
Campinas – SP

Att.: Mr. Eduardo Ribeiro Santos/Dalmon Rogério de Moraes Sapata

Cc: Mr. Atilano Sobrinho – IESA
Araraquara – SP

Cc: Jeff Wiener – General Electric
United States of America

Ref.: Letter from GE Hydro Inepar do Brasil dated July 24, 2007 ("Letter")

Dear Sirs:

    We refer to the Letter we received by facsimile yesterday evening, in attachment, and will use the definitions set forth in it to ensure that we use the same language.

    We state our express disagreement with the alleged possibility of disclosing, to SDE under Clause 5. c of the Agreement, the minutes of meeting (MOM) dated January 11, 2006 or any other document that was not entered into with GE Hydro Inepar do Brasil or IESA.

    The minutes of meeting (MOM), which contain confidential information of a technical, commercial, and strategic nature, were signed by representatives of this company and General Electric, U.S. Headquarters, and may be disclosed only by their signatories, under especially exceptional circumstances.

    We also would like to express our indignation with the fact that GE Hydro Inepar and IESA, as we conclude from reading the Letter, have access to said minutes of meeting (MOM), which may be understood as a violation of the non-disclosure commitments entered into by General Electric – Headquarters.

    As the Letter from SDE makes clear, GE Hydro Inepar do Brasil's obligation is to send agreements/contracts that have been entered into by you and Odebrecht. The only document that Odebrecht has signed with GE Hydro Inepar do Brasil regarding the Madeira Project was the Non-Disclosure Agreement, which we have made available to the SDE recently, and none other.

Sincerely yours,

/s/

Construtora Norberto Odebrecht S.A.
José Bonifácio Pinto Júnior

/Odebrecht Letterhead/

# TRANSLATORS' CERTIFICATE

I, Timothy Yuan, hereby certify that I speak and write both the Portuguese and English languages; that I have translated the foregoing 7/25/2007 Letter from Pinto to Santos/Sapata to the best of my ability; and that it is a true and correct translation to the best of my knowledge, information, and belief.

_____   9/12/07
Signature                   Date

Kavitha Reddy 9/12/2007

**KAVITHA REDDY**
**NOTARY PUBLIC-STATE OF NEW YORK**
No. 02RE6154611
Qualified in New York County
My Commission Expires October 23, 2010

**ODEBRECHT**

Construtora Norberto Odebrecht S.A.

Rio de Janeiro, 25 de julho de 2007
CNO/MADE/DC-012/07

A
GE Hydro Inepar do Brasil S.A.
Campinas – SP

At. Dr. Eduardo Ribeiro Santos / Dalmon Rogério de Moraes Sapata

C/C: Dr. Atilano Sobrinho – IESA
Araraquara - SP

C/C: Jeff Wiener – General Eletric
Estados Unidos da América

Ref. Carta da GE Hydro Inepar do Brasil, de 24 de julho de 2007 ("Carta")

Prezados Senhores:

Fazemos referência à Carta por nós recebida via fax na noite de ontem, anexa à presente, e cujas definições constantes de seu texto usaremos aqui para assegurar o alinhamento de linguagem.

Vimos manifestar nossa expressa discordância quanto à alegada possibilidade de disponibilização à SDE, à luz da Cláusula 5, c do Acordo, da ata de reunião – MOM datada de 11 de janeiro de 2006 ou de qualquer outro documento que não tenha sido celebrado com a GE Hydro Inepar do Brasil ou com a IESA.

A ata de reunião – MOM, que contém informações confidenciais, de cunho técnico, comercial e estratégico, foi assinada por representantes desta empresa e da General Eletric, matriz norte-americana, e somente pode ser disponibilizada por suas signatárias, em situações de estrita exceção.

Manifestamos, inclusive, nossa indignação com o fato da GE Hydro Inepar e da IESA terem, como depreendemos da leitura da Carta, acesso à referida ata de reunião – MOM, o que pode ser entendido como uma violação dos compromissos de confidencialidade da General Eletric – matriz.

Como resta claro da leitura do Ofício da SDE, a obrigação da GE Hydro Inepar do Brasil é de enviar acordos/contratos que tenham sido celebrados por V. Sas. e a Odebrecht. O único documento que a Odebrecht celebrou com a GE Hydro Inepar do Brasil acerca do Projeto Madeira foi o Acordo de Confidencialidade, que nós disponibilizamos à SDE recentemente, nenhum outro.

Atenciosamente,

Construtora Norberto Odebrecht S.A.
José Bonifácio Pinto Junior

Rio de Janeiro RJ (Sede)
Praia de Botafogo, 300 11° and.
Botafogo
22250-040 Rio de Janeiro RJ
Brasil
Tel. (0**21) 559 3000
Fax (0**21) 552 4448

São Paulo SP
Av. Nações Unidas, 4777 – 6° and.
Alto de Pinheiros
05477-000 São Paulo SP Brasil
Tel. (0**11) 3643 9000
Fax (0**11) 3643 9018

Brasília DF
SAS Qd. 5 Bloco N
Edifício OAB – 9° and.
70070-000 Brasília DF Brasil
Tel. (0**61) 316 2525
Fax (0**61) 316 2555

Salvador BA
Av. Antônio Carlos Magalhães,3840 - 4°. andar
Pituba
41820-000 - Salvador, BA - Brasil
Fax.: (0**71) 341 6190
Tel.: (0**71) 340 6000

Recife PE
R. Antônio Lumack do Monte, 96 - sala 1001
Ed. Empresarial Center II - Boa Viagem
51020-350 - Recife, PE - Brasil
Fax.: (0**81) 3327-1877
Tel.: (0**81) 3464-1200