# EXHIBIT K

GE Infrastructure
Energy

Rod. SP 340 Km. 118.5 (Campinas - Mogi Mirim)
Condomínio CPqD Prédio 11
Campinas, SP 13086-902, Brasil
GE Hydro Inepar do Brasil S.A.

Campinas, July 27, 2007

Construtora Norberto Odebrecht S.A.
Att.: José Bonifácio Pinto, Jr.
Rua Voluntários da Pátria, 89 - 4º Andar
22270-000 – Rio de Janeiro, RJ
Fax: (21) 25593797/3796

Construtora Norberto Odebrecht S.A.
Att.: Edvaldo Tamberg
Av. das Nações Unidas, 4777 - 7º Andar
Edifício Villa Lobos – Alto de Pinheiros
05477-000 – São Paulo, SP
Fax: (11) 3443 9242

Ref.: Your letter of CNO/MADE/DC-012/07 of July 25, 2007

Dear Sir:

We are writing to make it clear that GE Hydro Inepar do Brasil S.A. has been strictly following the rules established in the Non-Disclosure Agreement entered into with this Company. In contrast, your company is in violation of said Non-Disclosure Agreement in sending it to the SDE without the prior consent from or notification of, as the case may be, GE Hydro Inepar do Brasil S.A.

In addition, GE Hydro Inepar do Brasil S.A. agrees with your representation that it did not sign the Minutes of Meeting (MOM) of January 11, 2006, with your Company. Therefore GE Hydro Inepar do Brasil S.A. has no rights or obligations arising out of that document.

Sincerely yours,

GE Infrastructure
Energy

Rod. SP 340 Km. 118.5 (Campinas - Mogi Mirim)
Condomínio CPqD Prédio 11
Campinas, SP  13086-902, Brasil
GE Hydro Inepar do Brasil S.A.

/s/                                             /s/

Eduardo Ribeiro Santos                          Dalmon Rogério de Moraes Sapata
Director of Commercial Operations               Chief Financial Officer

## TRANSLATORS' CERTIFICATE

I, Timothy Yuan, hereby certify that I speak and write both the Portuguese and English languages; that I have translated the foregoing 7/27/2007 Letter from Santos/Sapata to Pinto to the best of my ability; and that it is a true and correct translation to the best of my knowledge, information, and belief.

_____   9/12/07
Signature                                                                      Date

Kavitha Reddy 9/12/2007

KAVITHA REDDY
NOTARY PUBLIC-STATE OF NEW YORK
NO. 02RE6154671
Qualified in New York County
My Commission Expires October 23, 2010



GE Infrastructure
Energy

Rod. SP 340 Km 118,5 (Campinas-Mogi Mirim)
Condominio CPqD Predio 11
Campinas, SP, 13086-902, Brasil
GE Hydro Inepar do Brasil S.A

Campinas, 27 de julho de 2007.

Construtora Norberto Odebrecht S.A.
A/T: JOSÉ BONIFÁCIO PINTO JR.
Rua Voluntários da Pátria, 89 – 4º Andar
22270-000 – Rio de Janeiro, RJ
Fax: (21) 25593797 / 3796

Construtora Norberto Odebrecht S.A.
A/T: EDVALDO TAMBERG
Av. das Nações Unidas, 4777 – 7º andar
Edifício Villa Lobos – Alto de Pinheiros
05477-000 – São Paulo, SP
Fax: (11) 3443 9242

Ref.:   Sua carta de CNO/MADE/DC-012/07, de 25 de Julho de 2007

Prezado Senhor,

Servimo-nos da presente para deixar claro que a GE Hydro Inepar do Brasil S.A. vem obedecendo estritamente as regras estabelecidas no Acordo de Confidencialidade firmado com essa Empresa. Ao contrário, a remessa do mencionado Acordo para a SDE, sem o prévio consentimento ou notificação, conforme o caso, a GE Hydro Inepar do Brasil S.A., constitui violação por parte de sua Empresa do mesmo Acordo de Confidencialidade.

Adicionalmente, a GE Hydro Inepar do Brasil S.A. concorda com sua afirmação de que não assinou a Ata da Reunião (MoM) de 11 de Janeiro de 2006, com a sua Empresa, portanto, a GE Hydro Inepar do Brasil S.A. não tem direitos ou obrigações decorrentes daquele documento.

Atenciosamente,





GE infrastructure
Energy

Rod. SP 340 Km 118.5 (Campinas-Mogi Mirim)
Condominio CPqD Predio 11
Campinas, SP, 13086-902, Brasil
GE Hydro Inepar do Brasil S.A

_____
Eduardo Ribeiro Santos
Diretor de Operações Comerciais

_____
Dalmon Rogério de Moraes Sápata
Diretor Financeiro




**GE Energy
Hydro**

Nome Completo
Área onde atua

Rodovia SP 340 (Campinas-Mogi Mirim), Km 118,5
CPqD - Prédio 11
Campinas - SP CEP 13086-902
Brasil

T + 55 19 4009 +ramal
F + 55 19 4009 6504
email@ge.com

Campinas, 27 de Julho de 2007

**CONSTRUTORA NORBERTO ODEBRECHT S/A**

At.: José Bonifácio Pinto Jr.

Fax: (21) 25593797

Referência:   Carta CNO/MADE/DC-012/07, de 25 de Julho de 2007

Total de Folhas: 03

Prezado Senhor

Segue anexo ao presente a resposta à referida Carta, a ser enviada VIA SEDEX.

Atenciosamente

GE Hydro Inepar do Brasil S/A



GE Hydro Inepar do Brasil S/A