# EXHIBIT L

# GE Energy

Jeffrey R. Wiener
Manager -- Commercial Operations
Power Generation

Jun 18 2007

Cc Mr. Edwaldo Tamberg

Mr. Jose Bonifacio Pinto Jr.
Project Director -- Rio Madeira Project
Construtora Norberto Odebrecht S.A

Dear Mr. Bonifacio,

We have noted with interest the recent statements made by members of the Brazilian Government concerning Rio Madeira, including those of Mr. Jelson Kelman, General Director of ANEEEL, outlining the need for a competitive marketplace for the Rio Madeira project, and also comments made by Mr. Nelson Hubner, Minister of Mines and Energy, stating that he hopes the market will "unwind the single bidder exclusivity arrangements made in the past".

In light of these statements, we now consider it is in the best interests of both parties to formally terminate the non-compete agreement that was signed as part of the Meeting of Minutes on January 11, 2006, while retaining the non-disclosure commitment.

Termination of this agreement will show that CNO is in compliance with the wishes and directives of the Minister of Mines and the Director General of ANEEL and is open to a competitive marketplace, which is in the best interests of both the Brazilian Government and the people of Brazil.

I await your response.

Sincerely yours,

*Jeff Wiener*

Jeffrey R. Wiener
Manager -- Hydro Sales and Commercial Operations
GE Energy
+1 518 385 1797 -- office
+1 973 615 0075 -- mobile

General Electric International, Inc.
1 River Road, Bldg. 37-440 floor
Schenectady, NY 12345

T 518.385.1797
F 518.385.5583
E jeff.wiener@ge.com

