# EXHIBIT M

ODEBRECHT

Construtora Norberto Odebrecht S.A.

CNO/MADE/DC/017/07
Rio de Janeiro, 16 de agosto de 2007

A
General Eletric do Brasil Ltda.
São Paulo – SP
At. Sr. Alexandre Silva

c.c.: Sr. Jeffrey Wiener – GE Power

GE Corporate Ombudsperson
P.O. Box 911
Fairfield, CT 06825 – via correio e via e-mail ombudsperson@corporate.ge.com

GE's Board of Directors
General Eletric Company
3135 Easton Tumpike
Fairfield, CT 06828 – via correio e via e-mail: directors@ge.com

**Ref. Reunião de 09.08.2007**

Prezados Senhores:

Fazemos referência à reunião havida na semana passada, em que tivemos a oportunidade de tratar dos compromissos reciprocamente assumidos entre a Odebrecht e a General Electric – GE no contexto da implantação das Usinas do Rio Madeira – Santo Antônio e Jirau.

Como é do conhecimento de V. Sa., iniciamos no mês de abril de 2005 o processo de negociação com a GE para participação no consórcio, na qualidade de fornecedora de equipamentos eletromecânicos, que seria formado para a implantação das UHE's de Santo Antonio e Jirau. Outras empresas fornecedoras de equipamento foram contatadas pela Odebrecht com a mesma finalidade.

Durante o período de abril/2005 e janeiro de 2006 foram desenvolvidas inúmeras atividades, tais como:

CNO/MADE/DC/017/07
Rio de Janeiro, August 16, 2007

To
General Eletric do Brasil Ltda.
São Paulo – SP
Att. Mr. Alexandre Silva

c.c.: Mr. Jeffrey Wiener – GE Power

GE Corporate Ombudsperson
P.O. Box 911
Fairfield, CT 06825 – through mail and email: ombudsperson@corporate.ge.com

GE's Board of Directors
General Eletric Company
3135 Easton Tumpike
Fairfield, CT 06828 – through mail and email: directors@ge.com

**Re. Meeting of Aug 09, 2007**

Dear Sirs:

We refer to the meeting we had last week, in which we were able to deal on the commitments mutually undertaken by Odebrecht and General Electric – GE within the context of implementation of the Rio Madeira Power Plants – Santo Antônio and Jirau.

As you are aware, in the month of April 2005, we started to negotiate with GE the participation, in the condition of supplier of electromechanical equipment, in the consortium to be constituted for the implementation of the Santo Antonio and Jirau Power Plants. Other companies, suppliers of equipment, were contacted by Odebrecht for the same purpose.

During the period between April 2005 and January 2006 countless activities were developed, such as:

Rio de Janeiro RJ (Sede)
Praia de Botafogo, 300 11° and.
Botafogo
22250-040 Rio de Janeiro RJ
Brasil
Tel. (0**21)2559 3000
Fax (0**21)2552 4448

São Paulo SP
Av. Nações Unidas, 4777 – 6° and.
Alto de Pinheiros
05477-000 São Paulo SP Brasil
Tel. (0**11) 3443 9000
Fax (0**11) 3443 9018

Brasília DF
SAS Qd. 5 Bloco N
Edifício OAB – 9° and.
70070-000 Brasília DF Brasil
Tel. (0**61) 3316 2525
Fax (0**61) 3316 2555

Salvador BA
Av. Antônio Carlos Magalhães,3840 - 4°. andar
Pituba
41820-000 - Salvador, BA - Brasil
Fax.: (0**71) 3341 6190
Tel.: (0**71) 3205-1111

Recife PE
R. Antônio Lumack do Monte, 96 - sala 1001
Ed. Empresarial Center II - Boa Viagem
51020-350 - Recife, PE - Brasil
Fax.: (0**81) 3327-1877
Tel.: (0**81) 3464-1200

ODEBRECHT

Construtora Norberto Odebrecht S.A.

| | |
|---|---|
| - Disponibilização de informações técnicas<br>- Realizações de reuniões com Odebrecht e PCE para esclarecimentos<br>- Entrega de proposta técnica e comercial<br>- Negociações de condições técnicas, comerciais e negociais | - Obtainment of technical information<br>- Meetings with Odebrecht and PCE for clarification<br>- Delivery of technical and commercial proposal<br>- Negotiations of technical, commercial and business conditions |
| Em 12 de janeiro de 2006 foi assinada a ata de reunião (MOM), em regime de confidencialidade e exclusividade, definindo a GE como responsável por 18 turbinas do escopo de 88 unidades das usinas de Santo Antonio e Jirau. Nesta ata foram estabelecidas todas as condições comerciais (Preços, pagamento, reajuste, garantias, política de importação, financiamento, "Down Payment", penalidades, dentre outras), técnicas (Matriz de interfaces, peças sobressalentes, cronograma de entrega, rendimentos do conjunto turbina gerador, "setting" da turbina, dentre outras), além de aspectos relativos a eventual participação no "equity" do empreendimento. | On January 12, 2006 the minutes of the meeting (MOM) were signed, on an exclusive and confidential basis, defining GE as responsible for 18 turbines of the scope of 88 units of the Santo Antonio and Jirau plants. In these minutes, all the commercial conditions (prices, payment, adjustment, warranties, import policy, financing, down payment, penalties, among others) technical (interface matrix, spare parts, delivery time schedule, yields of the generator turbine set, "setting" of the turbine, among others), besides the aspects related to eventual participation in the "equity" of the concessionaire were established. |
| Após a assinatura da ata de reunião, a GE passou a participar das reuniões com os outros fornecedores selecionados pela Odebrecht e a compartilhar informações privilegiadas e protegidas como segredo industrial do consórcio EPCista em formação. | After the signature of the minutes of the meeting, GE started to take part in the meetings with the other suppliers elected by Odebrecht and to share privileged information, protected as industrial classified information of the EPC consortium being formed. |
| Para nossa surpresa e provocando dano a estratégia de fabricação de equipamentos, além de elevar significativamente o risco de cumprimento de prazos de geração de energia, a GE enviou no dia 15.03.2006 carta abrindo mão do escopo de serviço negociado e acordado na ata de reunião e se comprometendo em não buscar outro grupo para disputar o leilão. Este é um reconhecimento claro de que a GE possuía informações de alta qualificação, tanto da Odebrecht quanto dos fornecedores parceiros, e não poderia, de forma alguma, se juntar a outro grupo sem com isso, incorrer na violação das informações obtidas ou disponibilizar o | For our surprise, and causing damages to our equipment manufacture strategy, besides significantly raising the risk of compliance with the terms for power generation, on March 15, 2006, GE sent a letter waiving the scope of the service negotiated and agreed in the minutes of the meeting and making a commitment not to seek other group to take part in the auction. This is a clear acknowledgment that GE had highly classified information, both from Odebrecht and from the group of suppliers, and, in no way, could not join other group without incurring in violation of the information obtained or making available the work resulting from the technical and |

Rio de Janeiro RJ (Sede)
Praia de Botafogo, 300 11º and.
Botafogo
22250-040 Rio de Janeiro RJ
Brasil
Tel. (0**21)2559 3000
Fax (0**21)2552 4448

São Paulo SP
Av. Nações Unidas, 4777 – 6º and.
Alto de Pinheiros
05477-000 São Paulo SP Brasil
Tel. (0**11) 3443 9000
Fax (0**11) 3443 9018

Brasília DF
SAS Qd. 5 Bloco N
Edifício OAB – 9º and.
70070-000 Brasília DF Brasil
Tel. (0**61) 3316 2525
Fax (0**61) 3316 2555

Salvador BA
Av. Antônio Carlos Magalhães, 3840 – 4º andar
Pituba
41820-000 - Salvador, BA – Brasil
Fax.: (0**71) 3341 6190
Tel.: (0**71) 3206-1111

Recife PE
R. Antônio Lumack do Monte, 96 - sala 1001
Ed. Empresarial Center II - Boa Viagem
511020-350 - Recife, PE - Brasil
Fax.: (0**81) 3327-1877
Tel.: (0**81) 3464-1200

ODEBRECHT

Construtora Norberto Odebrecht S.A.

trabalho resultante das reuniões técnicas e estratégicas havidas até então.

Mais uma vez, para nossa surpresa, fomos informados recentemente pelo Sr. Jeffrey Wiener, por carta, que a GE teria interesse em fornecer equipamentos para um outro grupo investidor e, para tanto, nos solicitava a liberação dos compromissos assumidos pela GE junto à Odebrecht. Compromissos estes assumidos espontaneamente pela GE, em plena sintonia com práticas corriqueiras de mercado, que assegura a não competição de empresas que decidiram não mais participar de negócio, por se encontrarem em estágio avançado de negociações e terem conhecimento de informações privilegiadas.

Nos causou estranheza também, conhecer um posicionamento da GE que não se coaduna com o que costumávamos vivenciar nas ações conjuntas empreendidas por essa empresa e a Odebrecht no passado, sempre calcadas na legalidade, cumprimento dos compromissos assumidos, observância das mais elevadas práticas de comércio internacional, e em especial, pela ética e moral empresarial.

Temos sido apontados por representantes do Governo Federal como atravancadores da participação da GE no contexto do empreendimento do Rio Madeira em razão da ação de outros competidores e da própria GE, segundo informação da própria Secretária do Direito Econômico, como se o acordo entre nossas empresas não fosse bilateral e não tivesse seguido elevadas práticas comerciais. Não podemos aceitar esse desgaste institucional, que pode resultar em perdas e danos para a Odebrecht, uma vez terem sido nossos compromissos legitimamente assumidos. O tema pode, também, ter repercussões no contexto da aferição ética e institucional das relações da iniciativa privada com o Poder Público.

strategic meetings occurred until then.

Once again, for our surprise, we were recently informed by Mr. Jeffrey Wiener, through letter, that GE would have interest in supplying equipment to another investing group and, therefore, requested that a release of GE's non-compete commitments is given by Odebrecht. Commitments which were spontaneously undertaken by GE, in full compliance with the highest market practices, which ensures the non-competition of companies which decided not to take part in the business, since they are in an advanced stage of negotiations and had knowledge of privileged information.

We also found strange to know a positioning of GE not in consonance with our prior experience in the joint actions undertaken by such Company and Odebrecht in the past, always based on the lawfulness, compliance with the commitments undertaken, conformity with the highly international trade practices, and, in special, on the ethics and corporate moral.

We have been accused by Federal Government representatives of being obstacles to the participation of GE in the Rio Madeira Project as a result of actions of other potential investors and GE itself, according to information provided by the Economic Defense Secretariat itself, as if the agreement between our companies was not bilateral and had not complied with high business practices. We cannot accept this institutional undermining, which can result in losses and damages to Odebrecht, since our commitments were legitimately undertaken. This matter may also cause repercussions within the context of the ethical and institutional assessment of the relations between the private sector and the Federal Government.

Rio de Janeiro RJ (Sede)
Praia de Botafogo, 300 11º and. Botafogo
22250-040 Rio de Janeiro RJ Brasil
Tel. (0**21)2559 3000
Fax (0**21)2552 4448

São Paulo SP
Av. Nações Unidas, 4777 – 6º and. Alto de Pinheiros
05477-000 São Paulo SP Brasil
Tel. (0**11) 3443 9000
Fax (0**11) 3443 9018

Brasília DF
SAS Qd. 5 Bloco N
Edifício OAB – 9º and.
70070-000 Brasília DF Brasil
Tel. (0**61) 3316 2525
Fax (0**61) 3316 2555

Salvador BA
Av. Antônio Carlos Magalhães, 3840 - 4º. andar Pituba
41820-000 - Salvador, BA - Brasil
Fax: (0**71) 3341 6190
Tel.: (0**71) 3206-1111

Recife PE
R. Antônio Lumack do Monte, 96 - sala 1001
Ed. Empresarial Center II - Boa Viagem
511020-350 - Recife, PE - Brasil
Fax: (0**81) 3327-1877
Tel.: (0**81) 3464-1200

| | |
|---|---|
| Por todas as razões expostas, não há como afastar a impossibilidade da GE participar de grupos concorrentes ao grupo liderado pela Odebrecht. A participação da GE violaria princípios básicos de comércio, que além dos documentos legais firmados, são calcados na ética. Como reconhecido na reunião de V.Sas. é praticamente impossível uma associação da GE com terceiros que assegure a confidencialidade das informações desenvolvidas no contexto do Consórcio liderado pela Odebrecht, que teve pleno acesso de representantes da GE. | For all reasons above, it is not possible to withdraw the impediment of GE to take part in groups competing with the group led by Odebrecht. The participation of GE would violate elementary principles of trade, which, besides the legal documents executed, are based on the ethics. As acknowledged by you in the meeting, it is practically impossible that GE makes an association with third parties and ensures the confidentiality of the information developed within the Consortium led by Odebrecht, to which GE representatives had full access. |
| Não vemos outra alternativa para resolvermos a situação perante o Governo Federal, senão uma manifestação clara e definitiva da GE quanto a sua impossibilidade jurídica e moral de participar do empreendimento das usinas do Rio Madeira. Entendemos que esta é a única medida a resguardar a posição e a imagem da GE, uma vez que não poderemos nos furtar à plena defesa de nossos interesses legítimos nos mais diversos foros. | The ultimate alternative we see to solve the situation before the Federal Government is a clear and final statement by GE as regards its legal and moral impossibility to take part in the project of the Rio Madeira power plants. We understand that this is the correct assessment to protect the position and the image of GE in the market, since we will be compelled to fully defend our legitimate interests before all possible jurisdictions. |
| Atenciosamente,<br><br>José Bonifácio Pinto Junior<br>Construtora Norberto Odebrecht S.A. | Sincerely yours,<br><br>José Bonifácio Pinto Junior<br>Construtora Norberto Odebrecht S.A. |

Rio de Janeiro RJ (Sede)
Praia de Botafogo, 300 11º and.
Botafogo
22250-040 Rio de Janeiro RJ
Brasil
Tel. (0**21)2559 3000
Fax (0**21)2552 4448

São Paulo SP
Av. Nações Unidas, 4777 – 6º and.
Alto de Pinheiros
05477-000 São Paulo SP Brasil
Tel. (0**11) 3443 9000
Fax (0**11) 3443 9018

Brasília DF
SAS Qd. 5 Bloco N
Edifício OAB – 9º and.
70070-000 Brasília DF Brasil
Tel. (0**61) 3316 2525
Fax (0**61) 3316 2555

Salvador BA
Av. Antônio Carlos Magalhães, 3840 - 4º. andar
Pituba
41820-000 - Salvador, BA - Brasil
Fax.: (0**71) 3341 6190
Tel.: (0**71) 3206-1111

Recife PE
R. Antônio Lumack do Monte, 96 - sala 1001
Ed. Empresarial Center II - Boa Viagem
511020-350 - Recife, PE - Brasil
Fax.: (0**81) 3327-1877
Tel.: (0**81) 3464-1200