# EXHIBIT N

**ODEBRECHT**

Construtora Norberto Odebrecht S.A.

CNO/MADE/DC-020/07
Rio de Janeiro, 05 de setembro de 2007.

To
Mr. Jeffrey R. Wiener
Manager – Hydro Sales and Commercial Operations
GE Energy / General Electric International, Inc.
1 River Road, Building 37-440 floor
Schenectady, New York 12345

Dear Mr. Wiener,

This responds to your letter to me of June 18, 2007, requesting that we agree to release General Electric from its contractual obligation not to compete against the Odebrecht consortium in which it was once a member. We appreciate your candid acknowledgement in letters of March 15, 2006, and June 18, 2007, that the non-disclosure and exclusivity provisions of our agreement survive even a termination or cancellation of such agreement, and you continue to be bound by both provisions. For the reasons set forth below, we cannot agree with your request that we waive these important undertakings.

As you know, beginning with our discussions in 2005 about GE becoming a key vendor and member of the Odebrecht Rio Madeira hydropower project consortium, and as memorialized in the contract we signed with GE on January 11, 2006, Odebrecht shared with you extensive proprietary, confidential, and competitively-sensitive information about our prospective bid. This information included confidential information and documents relating to engineering plans and drawings, design solutions, construction strategy, pricing of the equipment, vendor terms, deal structure, scheduling and phasing, guarantees and performance bonds and standards, as well as proprietary information about the river's hydrology and the architecture of the project we intend to build.

We would not and could not have proceeded to include you in the consortium and to share such sensitive and confidential information with you both before and after January 2006 had we not been able to establish a contractual relationship of trust based on your written commitment not to disclose this valuable competitive information to other bidders or to participate with them in competition with ourselves. Disclosure of this type of information to a bidder competing against us would be grievously harmful to our bid, and perhaps fatal. Similarly, the use of such information in competition against us, even without its disclosure to third parties, would have a similar effect. All the parties in the

Rio de Janeiro RJ (Sede)
Praia de Botafogo, 300 11° and.
Botafogo
22250-040 Rio de Janeiro RJ
Brasil
Tel. (0~21) 559 3000
Fax (0~21) 552 4448

São Paulo SP
Av. Nações Unidas, 4777 - 6° and.
Alto de Pinheiros
05477-000 São Paulo SP Brasil
Tel. (0~11) 3643 9000
Fax (0~11) 3643 9018

Brasília DF
SAS Qd. 5 Bloco N
Edifício OAB - 9° and.
70070-000 Brasília DF Brasil
Tel. (0~61) 316 2525
Fax (0~61) 316 2555

Salvador BA
Av. Antônio Carlos Magalhães, 386C - 4°. andar
Pituba
41820-000 - Salvador, BA Brasil
Fax. (0~71) 341 6190
Tel.: (0~71) 340 6000

Recife PE
R. Antônio Lumack do Monte, 96 - sala :001
Ed. Empresarial Center II Boa Viagem
51020-350 - Recife, PE - Brasil
Fax.: (0~81) 3327-1877
Tel.: (0~81) 3464-1200

**ODEBRECHT**

---

Construtora Norberto Odebrecht S.A.

consortium understood the critical nature of this need for trust and confidentiality when we originally contacted together. Put differently, exclusivity commitments ensured that the partners would contribute fully to the joint effort without fear of misappropriation of confidential information for unintended uses. This kind of trust and loyalty is critical to high risk, high cost ventures like the Madeira project.

We have always believed that both provisions were and are necessary to make out collaboration work. It is for this reason that we are unwilling to waive the non-compete provisions in our contact.

Sincerely yours,

Construtora Norberto Odebrecht
José Bonifácio Pinto Junior
Diretor de Contrato


cc: GE Ombudsman

Rio de Janeiro RJ (Sede)
Praia de Botafogo, 300 11° and.
Botafogo
22250-040 Rio de Janeiro RJ
Brasil
Tel. (0˜21) 559 3000
Fax (0˜21) 552 4448

São Paulo SP
Av. Nações Unidas, 4777 - 6° and.
Alto de Pinheiros
05477-000 São Paulo SP Brasil
Tel. (0˜11) 3643 9000
Fax (0˜11) 3643 9018

Brasília DF
SAS Qd. 5 Bloco N
Edifício OAB - 9° and.
70070-000 Brasília DF Brasil
Tel. (0˜61) 316 2525
Fax (0˜61) 316 2555

Salvador BA
Av. Antônio Carlos Magalhães, 3840 - 4°. andar
Pituba
41820-000 - Salvador, BA - Brasil
Fax.: (0˜71) 341 6190
Tel.: (0˜71) 340 6000

Recife PE
R. Antônio Lumack do Monte, 96 - sala 1001
Ed. Empresarial Center II - Boa Viagem
511020 350 - Recife, PE - Brasil
Fax.: (0˜81) 3327-1877
Tel.: (0˜81) 3464-1200