# EXHIBIT O

IESA

Araraquara, August 20, 2007

Mr. Márcio P. Zimmermann
H.E. Secretary of Energy Planning and Development
Ministry of Mines and Energy

    In response to your telephone request today, we reiterate our firm intention to participate in the bid, in a consortium with GE and Hitachi, for the hydroelectric exploitation of the Madeira River.

    As mentioned in the meeting that took place in Minister Nelson Hubner's office on August 3rd past, we have been working on the design of products and systems for this project for over a year, involving engineers from all member companies of the consortium.

    The Madeira River exploitation project involves highly complex aspects in terms of technology, performance, and guarantees of delivery according to the schedule established by the Government.

    The hydropower complex is presented as the largest project worldwide using bulb technology, both in terms of machine sizing and number of machines in a single project. The delivery program is exceedingly challenging and in itself establishes the need for more than one main supplier.

    Therefore, in our opinion, the successful implementation of the project will be possible only through the involvement of several companies in a consortium, so that their combined expertise may attend to all these factors. We therefore decided to join efforts with GE, Hitachi, GEHI, and IESA.

    Hitachi was responsible for the supply of the largest bulb machine in terms of capacity and size currently in operation in the world and GE, through its Finnish unit, has extensive experience with this technology. In addition, IESA, in Brazil, recently manufactured some bulb turbines for the NEC Harbin Electric Company for the Hong Hua Power Plant in China. The association of these companies, with their manufacturing plants in Canada, Japan, China, Europe, and Brazil, ensures full mastering of the required technology, delivery according to the schedules established by the Government, as well as local (Brazilian) content in excess of 60%. It should also be noted that, in light of the importance of civil construction in such projects, we would be joining a consortium of construction companies with similar experiences in construction projects.

    In order to provide real assurances with respect to the performance of the turbine generator assembly we are forwarding the model analyses conducted through the work of the laboratories available in the consortium at Lachine (Canada), Hitachi (Japan), and Tampere (Finland).

    As you learned from press reports and the process carried out by the S.D.E. (Secretariat of Economic Law), GE is legally impeded by a non-compete clause in a document signed with Construtora Norberto Odebrecht, which is protected under a non-disclosure agreement.

/IESA Letterhead/

Should GE not be released from this commitment either through an S.D.E. decision or a release from the Construtora Odebrecht consortium, it will be difficult for our consortium to participate in the Madeira River bid process, thus causing the free competition desired by the Government to be unfeasible.

We remain at your full disposal to provide any clarifications you may require.

Sincerely yours,

Atilano de Oms, President
IESA Projetos, Equip. e Mont. S.A.

/IESA Letterhead/

# TRANSLATORS' CERTIFICATE

I, Timothy Yuan, hereby certify that I speak and write both the Portuguese and English languages; that I have translated the foregoing 8/20/2007 Letter from IESA to Zimmerman to the best of my ability; and that it is a true and correct translation to the best of my knowledge, information, and belief.

_____    9/12/07
Signature                          Date

Kavitha Reddy 9/12/2007

KAVITHA L. W.
NOTARY PUBLIC-STATE ...
No. 02...
Qualified in ...
My Commission ...

 

Araraquara, 20 de Agosto de 2007

Ilmo. Sr. Marcio P. Zimmermann
M.D. Secretário de Planejamento e Desenvolvimento Energético
Ministério de Minas e Energia

Em atenção a sua solicitação telefônica de hoje, reafirmamos a nossa firme intenção de, consorciados com a GE, Hitachi, participarmos da concorrência/leilão, relacionada com o aproveitamento hidrelétrico do Rio Madeira.

Conforme o exposto na reunião havida no escritório do Ministro Nelson Hubner em data de 3 de Agosto p.passo, estamos a mais de um ano trabalhando na engenharia de produto, e sistemas para este projeto, envolvendo engenheiros de todas as empresas consorciadas.

O projeto de aproveitamento do Rio Madeira envolve aspectos de grande complexidade tecnológica, de performance e de garantias de entrega nos prazos estabelecidos pelo Governo.

O complexo hidrelétrico apresenta-se como o maior projeto de utilização da tecnologia bulbo em todo o mundo, quer sob o aspecto de dimensionamento das maquinas, quer pela quantidade de máquinas em um mesmo aproveitamento. O programa de entregas é por demais desafiador e por si só, estabelece a necessidade de mais de um fornecedor principal.

Em vista destes aspectos, a nosso juizo, a implementação com sucesso do projeto só será possível com a participação de várias empresas consorciadas de tal forma que a expertise somada das mesmas possa assegurar a neutralização de todos estes fatores. Desta forma, houve-se por bem unir esforços conjuntos da GE, Hitachi, GEHI e IESA.

A Hitachi foi responsável pelo fornecimento da maior máquina bulbo em potência e dimensões, até hoje em funcionamento em todo o mundo, e a GE, através sua unidade da Finlândia tem uma grande experiência pregressa nessa tecnologia. Por outro lado a IESA no Brasil, fabricou recentemente algumas turbinas bulbo para HEC Harbin Electric Company para a Usina Hong Hua na China. A união destas empresas, com suas fábricas, no Canadá, Japão, China, Europa e Brasil assegura completo domínio da tecnologia necessária, a entrega conforme os prazos estipulados pelo Governo, e também o contingente local (Brasil) acima de 60%. Cumpre salientar também que em vista da importância das obras civis, estaríamos nos unindo a um consorcio de construtoras com a experiência similar no lado de obras civis.

Com vistas a uma real segurança no performance do conjunto turbina-gerador, estamos encaminhando os ensaios de modelo através trabalho conjunto dos laboratórios disponíveis no consorcio, em Lachine (Canadá), Hitachi (Japão), e Tampere (Finlândia).

Conforme V.Sa. tomou conhecimento através da imprensa e processo conduzido pela S.D.E. Secretaria de Direito Econômico, a GE tem um impedimento de ordem legal por uma clausula de "non compete" em documento firmado com a Construtora Norberto Odebrech e que o mesmo esta protegido por um acordo de confidencialidade.

IESA - Projetos, Equipamentos e Montagens S.A.
Rodovia Manoel de Abreu, km 4.5 - Araraquara - SP
CEP 14808-900 ☎ +55 16 3301-1100
www.iesa.com.br

 

Caso a GE não seja liberada desse comprometimento, ou através uma decisão da S.D.E. ou uma liberação do consórcio da Construtora Odebrech, dificilmente o nosso consórcio poderá participar do processo licitatório do Rio Madeira, inviabilizando a livre concorrência desejada pelo Governo.

Permanecendo ao seu inteiro dispor para eventuais esclarecimentos, subscrevemo-nos mui.

Atenciosamente,

Atilano de Oms  Presidente
IESA Projetos, Equip. e Mont. S.A.

IESA - Projetos, Equipamentos e Montagens S.A.
Rodovia Manoel de Abreu, km 2,6 - Araraquara - SP
CEP 14805-500 ☎ ++ 55 16 3303-1000