# EXHIBIT P

## DECLARATION

Taubaté, 2007 September 10th

I am a senior technical manager at Alstom Hydro Energia Ltda ("Alstom") in Brazil. I have been intensively involved in all important designs developed by Alstom in Brazil since 2004, including Rio Madeira project.

I was contacted within the last month (August 2007) by a headhunter company trying to find experienced professionals able to work in a large Multinational Energy Company based on Campinas region, state of São Paulo in Brazil.

According to the information I've received in such phone call from the headhunter company, this company is right now working in a restructuring plan to increase its facility in that plant. The position forecasted was equivalent to the one I have today inside Alstom.

*[signature]*
HÉLIO GOMES VIEIRA JÚNIOR

# DECLARATION

Taubaté, 2007 September 10th

I am a technical manager at Alstom Hydro Energia Ltda ("Alstom") in Brazil. I have been intensively involved in many important designs developed by Alstom since 2004, including Rio Madeira project.

I was contacted within the last month (August 2007) by a headhunter company trying to find experienced professionals able to work in a Large Multinational Energy Company based on Campinas region, state of São Paulo in Brazil.

According to the information I've received in such phone call, this company is right now working in an expansion plan to install a hydraulic laboratory facility in its plant.

RICARDO CABRAL DE VASCONCELLOS

# DECLARATION

Taubaté, 2007 September 10th.

I am a senior technical manager at Alstom Hydro Energia Ltda. ("Alstom") in Brazil. I have been intensively involved in all important designs developed by Alstom in Brazil since 2004, including Rio Madeira Project.

Recently, last month (August 2007), I was contacted by a headhunter company trying to find experience professional able to work in a large Multinational Energy Company based at Campinas region, state of São Paulo in Brazil.

According with the information received in such phone call contact by the headhunter company, this company is right now working in a restructuring plan to increase the facility in its plant. The position forecasted was equivalent to the one I have today inside Alstom.

LUCIANO TEIXEIRA DOS SANTOS