# Exhibits Omitted Pending Motion to Seal