# EXHIBIT 1

## João Grandino Rodas

- Judge of the MERCOSUR Permanent Tribunal of Appeals (2004/2008)
- Dean and Full Tenured Professor of the University of São Paulo Law School
- Former President of the Brazilian competition agency: Conselho Administrativo de Defesa Econômica – CADE (2000/2004)
- Judge of the Administrative Tribunal of the Latin American Economic System - SELA
- Retired Justice of the Federal Tribunal of Appeals (3rd Region - São Paulo)
- Member of the Fulbright Board of Directors (2000/2008)
- Former, President, Vice-President and Member of the Interamerican Legal Committee of the Organization of American States (1995/2006)
- Former The Legal Adviser of the Brazilian External Affairs Ministry (1993/1998)
- "Privat-Dozent" in International Law and PHd (University of São Paulo Law School)
- Master of Laws (Harvard Law School - USA)
- Master in Diplomacy (The Flectcher of Law and Diplomacy - USA)
- Master in Politic and Economical Sciences (University of Coimbra Law School - Portugal)
- Former Federal Judge