# EXHIBIT 1

# WHO'SWHOLEGAL

*The International Who's Who of Business Lawyers*

BIOGRAPHY



**Ubiratan Mattos**

Alameda Santos 1940, 1º andar,
São Paulo, SP, 01418-200, Brazil
Tel : +55 11 3254 1886
Fax: +55 11 3254 1887

[✉]  [www]  [Print]

Ubiratan Mattos was born in 1952 and was admitted to the Brazilian bar in 1977. He holds a JD degree from the University of São Paulo (1977) and a master degree in comparative law from the University of Illinois at Urbana-Champaign (1981).

Mr Mattos is a member of the Brazilian Bar Association, the São Paulo Lawyer's Association, the São Paulo Lawyer's Institute, the Brazilian Consumer Rights and Policies Institute, and a founding member and President of IBRAC - Brazilian Institute for Competition, Consumer and International Trade Studies from 1999 through 2005.

Mr Mattos is a former senior partner of Pinheiro Neto - Advogados having left the firm after 30 years to found its own law firm Mattos Muriel Kestener Advogados. He has been involved in a variety of legal consulting advice with an emphasis on competition law, antitrust, international trade and mass tort litigation. He has actively participated as speaker in both domestic and foreign seminars on economic law, international trade and product liability and has published a variety of articles dealing with these subjects.

Mr Mattos has been repeatedly nominated as a leading lawyer in the competition/antitrust area by *Chambers Global* and by *Latin Lawyer*.

Mr Mattos speaks Portuguese, Spanish and English. He is particularly interested in Old Egyptian, Greek and Roman History. Married to Celia since 1977 they have three children and live in