# EXHIBIT 2

GE Infrastructure
Energy

Rod. SP 340 km 118,5 (Campinas-Mogi Mirim)
Condomínio CPqD Prédio 11
Campinas, SP, 13086-902, Brasil
GE Hydro Inepar do Brasil S.A.

Campinas, July 27, 2007

/date stamp: Secretariat of Economic Law/SDE/MJ, 08012.010265/2007, 31 JUL 2007, 11:02 AM/

Ministry of Justice
Secretariat of Economic Law
Department of Economic Protection and Defense
Esplanada dos Ministérios – Bloco T
Edifício Sede, 5° Andar
Brasília – DF
CEP 70064-900
Fax No. (061) 3226-5772

    Att.:    **Ms. Alessandra Viana Reis**
                General Coordinator of GCSI

    Ref:    Letter No. 4172/2007/DPDE/CGSI of July 18, 2007(sent by facsimile on July 19, 2007), with a response period that was extended to July 30, 2007 as authorized by Letter No. 4428/2007/DPDE/CGSI

    REQUEST FOR CONFIDENTIALITY UNDER ARTICLE 26 OF MINISTRY OF JUSTICE DIRECTIVE NO. 4/2006.

    Dear Madame Coordinator:

    In response to your request, we hereby inform you that the only agreement that this corporate entity, GE Hydro Inepar do Brasil S.A., entered into with Construtora Norberto Odebrecht S.A. is the Confidentiality Agreement mentioned in your Letter.

    GE Hydro Inepar do Brasil S.A. requests that this letter be maintained confidential in view of the terms of the Confidentiality Agreement, pursuant to Art. 26 of Ministry of Justice Directive No. 4 of January 5, 2006.

    We remain at your disposal to provide any other information that you may require with respect to the facts stated herein.

GE Infrastructure
Energy

Rod. SP 340 km 118,5 (Campinas-Mogi Mirim)
Condomínio CPqD Prédio 11
Campinas, SP, 13086-902, Brasil
GE Hydro Inepar do Brasil S.A.

Sincerely,

/s/

Eduardo Ribeiro Santos
Director of Commercial Operations

/s/

Dalmon Rogério de Moraes Sapata
Financial Director

## TRANSLATORS' CERTIFICATE

I, Timothy Yuan, hereby certify that I speak and write both the Portuguese and English languages; that I have translated the foregoing **7/27/2007 Letter from GE Hydro Inepar to SDE** to the best of my ability; and that it is a true and correct translation to the best of my knowledge, information, and belief.

_____        9/27/07
Signature                                                     Date

KAVITHA REDDY
NOTARY PUBLIC-STATE OF NEW YORK
No. 02RE6154611
Qualified in New York County
My Commission Expires October 23, 2010

Kavitha Reddy   9/27/2007





Energy

Rod. SP 340 km 118.5 (Campinas-Mogi Mirim)
Condomínio CPqD Prédio 11
Campinas, SP, 13086-902 Brasil
GE Hydro Inepar do Brasil S.A

*Junt-x em Apartado Confidencial, com vistas à GE*
*BSB, 31.07.07*
*Aures*

Campinas, 27 de julho de 2007.

Ministério da Justiça
Secretaria de Direito Econômico
Departamento de Proteção e Defesa Econômica
Esplanada dos Ministérios – Bloco T
Edifício Sede, 5o andar
Brasília – DF
CEP: 70064-900
Fax No. (061) 3226-5772

SDE/GAB/CAPRO
Coordenação de Apoio Processual
08012.010265/2007-73

At.   **Sra. Alessandra Viana Reis**
Coordenadora Geral da GCSI

Ref: OF /No.4172 / 2007 / DPDE / CGSI, de 18 de Julho de 2007 (remetido por fax em 19 de julho de 2007), cujo prazo de resposta foi prorrogado para 30 de julho de 2007 conforme autorizado pelo OF /No.4428 / 2007 / DPDE / CGSI

SOLICITAÇÃO DE CONFIDENCIALIDADE NOS TERMOS DO ARTIGO 26 DA PORTARIA N. 4/2006 DO MJ.

Prezada Senhora Coordenadora,

Em resposta à sua solicitação, vimos pela presente informar que o único contrato que esta pessoa jurídica, GE Hydro Inepar do Brasil S.A., assinou com a Construtora Norberto Odebrecht S.A. é o Acordo de Confidencialidade, mencionado em seu Ofício.

GE Hydro Inepar do Brasil S.A. solicita que esta carta seja mantida em confidencialidade, em razão dos termos do Acordo de Confidencialidade, com fundamento no art. 26 da Portaria n. 4, de 5 de janeiro de 2006, do Ministério da Justiça.

Permanecemos ao seu dispor para prestar qualquer outra informação que se faça necessária com relação aos fatos aqui relatados.

GE Hydro Inepar do Brasil S/A



**Energy**

Rod. SP 340 km. 118,5 (Campinas-Mogi Mirim)
Condominio CPqD Predio 11
Campinas, SP. 13086-902, Brasil
GE Hydro Inepar do Brasil S.A.

Atenciosamente,

_____
Eduardo Ribeiro Santos
Diretor de Operações Comerciais

_____
Dalmon Rogério de Moraes Sapata
Diretor Financeiro