# EXHIBIT 3

General Electric

/stamp: CONFIDENTIAL/

/handwritten: I grant the confidentiality requested under Art. 26 of Ministerial Directive No. 4/2006. Let it be included in the records of PR 08012.008678/C7-9 in a confidential attachment, with review allowed by GE and Odebrecht. Brasília, August 2, 2007. /s//

August 1, 2007

Ministry of Justice
Secretariat of Economic Law
Department of Economic Protection and Defense
Esplanada dos Ministérios – Bloco T
Edifício Sede, 5° Andar
Brasília – DF
CEP 70064-900
Fax No. (061) 3226-5772

    Att.:    **Ms. Alessandra Viana Reis**
            General Coordinator of GCSI

    Ref:    **Submission of Information and Documents**
            **Letter No. 4439/2007/DPDE/CGSI of July 27, 2007**

            CONFIDENTIALITY REQUESTED UNDER ART. 26 OF MINISTERIAL DIRECTIVE NO. 4/2006

Dear Sirs:

In response to your request in the Letter in reference above, we hereby inform you that, at the request of Odebrecht, GE signed a document entitled "Minutes of Meeting (MOM)" on January 11, 2006, in attachment.

Signing the MOM was a condition for participation in the discussions that could have led to GE's joining the respective consortium.

Items 5(a) and (o), last part, of the MOM establish that GE agrees not to participate in the Madeira River Project with any other party. This restriction was imposed by Odebrecht in the context of an "exit clause" requested by GE, which allowed GE to leave the negotiations related to the formation of the consortium. The exit clause was justified by the fact that GE at the time did not have all the information required and crucial for its decision to participate in said Project with Odebrecht. For various reasons related to the structure of the consortium and the allocation of responsibilities, GE decided to leave the group on March 15, 2006.

GE requests that this letter and its entire contents and attachment be treated as confidential (Art. 26 of Ministry of Justice Directive No. 4 of January 5, 2006).

    We remain at your disposal to provide any other information or clarification that you may require.

        Sincerely,

        /s/

        Name: Stanley S. Smith
        Position: Authorized Signatory

## TRANSLATORS' CERTIFICATE

I, Timothy Yuan, hereby certify that I speak and write both the Portuguese and English languages; that I have translated the foregoing **8/1/2007 Letter from Stanley Smith to SDE** to the best of my ability; and that it is a true and correct translation to the best of my knowledge, information, and belief.

_____        9/27/07
Signature                                                              Date

KAVITHA REDDY
NOTARY PUBLIC-STATE OF NEW YORK
No. 02RE6154611
Qualified in New York County
My Commission Expires October 23, 2010

Kavitha Reddy   9/27/2007

Case 1:07-cv-08014-CM    Document 21-4    Filed 09/27/2007    Page 4 of 5




## General Electric

1 de agosto de 2007.

Ministério da Justiça
Secretaria de Direito Econômico
Departamento de Proteção e Defesa Econômica
Esplanada dos Ministérios – Bloco T
Edifício Sede, 5o andar
Brasília – DF
CEP: 70064-900
Fax No. (061) 3226-5772

At.   **Sra. Alessandra Viana Reis**
    **Coordenadora Geral da GCSI**

Ref.:   **Submissão de Informações e Documentos**
    **OF /No. 4439 / 2007 / DPDE / CGSI, de 27 de julho de 2007**

    <u>CONFIDENCIALIDADE SOLICITADA NOS TERMOS DO ART. 26 DA PORTARIA No. 4/2006</u>

*[Handwritten note:] Defiro a confidencialidade pleiteada nos termos do art. 26 da Portaria nº 04/2006. Junte-se ao PR 08012.008678/07-9 em apartado confidencial, com vistas às empresas GE e Odebrecht. BSB, 02.08.07. A. Reis*

Prezados Senhores:

Em resposta à sua solicitação nos termos dos Ofícios supra, informamos que, a pedido da Odebrecht, a GE firmou documento denominado "Ata de Reunião – MOM" em 11 de janeiro de 2006 – documento anexo.

A assinatura do MOM foi uma condição para a participação nas discussões que poderiam levar a GE a tornar-se membro do consórcio respectivo.

Os itens 5(a) e (o), última parte, do MOM, dispõem que a GE concorda em não participar do Projeto Rio Madeira com qualquer outra parte. Tal restrição foi imposta pela Odebrecht dentro do contexto de uma "cláusula de saída" solicitada pela GE, que permitiu à GE a sair das negociações relacionadas à constituição do consórcio. A cláusula de saída justificava-se pelo fato de que a GE, na época, não tinha todas as informações necessárias que seriam cruciais para sua decisão de participar de tal Projeto com a Odebrecht. Por vários motivos relativos à estrutura do consórcio e à alocação de responsabilidades, a GE decidiu sair do grupo em 15 de março de 2006.

A GE solicita que a presente carta e todo seu conteúdo e anexo sejam tratados como confidenciais (art. 26 da Portaria No. 4 de 5 de janeiro de 2006, do Ministério da Justiça).

Permanecemos à disposição caso qualquer informação ou esclarecimento adicional seja necessário.

Atenciosamente,

General Electric Company

*[Signature]*

Nome: Stanley S. Smith
Cargo: Authorized Signatory