# EXHIBIT 5

**Stanley S. Smith**
General Manager
Power Generation Sales

One River Road, Bldg #37-4
Schenectady, NY  12345
USA

T: 518 385 4131
F: 518 385 5583

/handwritten: Let it be included in a confidential attachment, with review allowed by GE and Odebrecht.
Brasília, September 5, 2007. /s/ Alessandra Viana Reis, General Coordinator, CGSI/DPDE/SDE/

September 3, 2007

Ministry of Justice
Secretariat of Economic Law
Department of Economic Protection and Defense
Esplanada dos Ministérios – Bloco T
Edifício Sede, 5° Andar
Brasília – DF
CEP 70064-900
Fax No. (061) 3226-5772

    Att.:    Ms. Alessandra Viana Reis
              General Coordinator of GCSI

    Ref:    Letter No. 5460/2007/DPDE/CGSI of August 31, 2007

            CONFIDENTIALITY REQUESTED UNDER ART. 26 OF MINISTERIAL DIRECTIVE NO. 4/2006

Dear Madame Coordinator:

In response to your request in the Letter in reference above, we hereby inform you of the following (in the same order as the questions made in said Letter):

    a.   GE signed a Confidentiality Agreement with Odebrecht pursuant to which GE received the following information, which were required for the discussions regarding the Project at the time, including: Interface Matrix; Drawings and Texts related to the Project; Preliminary Commercial and Technical Proposal from GEHI and Technical Proposal; Draft Confidentiality Agreement; Invitation Letter; information regarding the installation of the office; questions regarding the supply and other less important documents.  GE informs that it returned these documents to Odebrecht on May 21, 2007;

    b.   GE does not believe that it has received any confidential information from Odebrecht that is material to its participation in another consortium that comes to participate in the Madeira River Project. However, Odebrecht has informed GE of its understanding that the Confidentiality Agreement bars GE from participating in another consortium for this Project.  GE intends to consider its participation in the Madeira River Project but cannot confirm whether it will join another consortium due to commercial considerations, including the schedules related to the Project.

GE requests that this letter and its entire contents and attachment be treated as confidential (Art. 26 of Ministry of Justice Directive No. 4 of January 5, 2006).

We remain at your disposal to provide any other information or clarification that you may require.

                        Sincerely,

                        General Electric Company

                        /s/

                        Name:  Stanley S. Smith
                        Position: Authorized Signatory

GE Energy

# TRANSLATORS' CERTIFICATE

I, Timothy Yuan, hereby certify that I speak and write both the Portuguese and English languages; that I have translated the foregoing **9/3/2007 Letter from Stanley Smith to SDE** to the best of my ability; and that it is a true and correct translation to the best of my knowledge, information, and belief.

_____                    9/27/07
           Signature                                                                              Date

KAVITHA REDDY
NOTARY PUBLIC-STATE OF NEW YORK
No. 02RE6154611
Qualified in New York County
My Commission Expires October 23, 2010

Kavitha Reddy  9/27/2007

Case 1:07-cv-08014-CM    Document 21-6    Filed 09/27/2007    Page 4 of 5



3 de setembro de 2007

Ministério da Justiça
Secretaria de Direito Econômico
Departamento de Proteção e Defesa Econômica
Esplanada dos Ministérios - Bloco T
Edifício Sede, 1° andar
Brasília - DF
CEP: 70064-900
Fax n. (61) 3226-5772

At. Sra. Alessandra Viana Reis
Coordenadora Geral do GCSI

Ref. Of/No 5460/2007/DPDE/CGS1, de 31 de agosto de 2007

Stanley S. Smith
General Manager
Power Generation Sales

One River Road Bldg #
Schenectady, NY 12345
USA

T 518 385 4331
F 518 385 5583
stansmith@ge.com

Junte-se em apartado
confidencial com vistas
à GE e à Odebrecht.

BSB, 05.09.07

A. Reis

Prezada Senhora Coordenadora,

Em resposta à sua solicitação, nos termos do ofício supra, informamos o quanto segue na mesma ordem das perguntas feitas em tal ofício:

a) A GE assinou um Acordo de Confidencialidade com a Odebrecht, de acordo com o qual a GE recebeu as seguintes informações, que eram necessárias para as discussões em torno do Projeto naquela ocasião, incluindo: Matriz de Interfaces; Desenhos e Textos relacionados ao Projeto; Proposta Preliminar Comercial e Técnica da GEPH; Proposta Técnica; Minuta do Acordo de Confidencialidade; Carta Convite; Informações sobre a instalação do escritório; Questionamentos acerca de Fornecimento e outros documentos de menor importância. A GE informa que devolveu esses documentos para a Odebrecht em 21 de maio de 2007.

b) A GE não acredita haver recebido qualquer informação confidencial proveniente da Odebrecht que seja relevante para sua participação em outro consórcio que venha a participar do Projeto Rio Madeira. Entretanto, a GE foi informada pela Odebrecht de que esta considera que o Acordo de Confidencialidade impede a GE de participar em outro consórcio para esse Projeto. A GE está pretendendo considerar sua participação no Projeto Rio Madeira, embora não possa confirmar se irá participar em outro consórcio, devido a considerações comerciais incluindo os prazos relacionados ao Projeto.

A GE solicita que o presente carta e todo o seu conteúdo sejam tratados como confidenciais (art. 26 da Portaria n. 4 de 5 de janeiro de 2006, do Ministério da Justiça).

Permanecemos à disposição caso qualquer informação ou esclarecimento adicional se faça necessário.

Atenciosamente,

General Electric Company

Nome: Stanley S. Smith
Cargo: Authorized Signatory