# EXHIBIT 6

Saturday, September 15, 2007

ECONOMY & BUSINESS

Odebrecht likely to appeal decision

*By Renée Pereira*

Construtora Norberto Odebrecht likely will not accept the decision of the Secretariat of Economic Law (SDE) so readily. Beginning Monday, the company will have five days to submit its defense. And it will. Its attorneys have already reviewed the strategies to appeal the preventive measure published yesterday in the Official Federal Gazette (Diário Oficial da União).

According to Irineu Meireles, Odebrecht's Director of Infrastructure Investments, the news regarding the administrative process and cancellation of the contractual clauses was received with great surprise. "This was an investigatory process in which SDE simply requested information to Odebrecht. The preventive measure could be issued only after we submitted our defense and exercised our right to adversarial proceedings."

Meireles also stated that he has provided SDE with a list of companies that could supply equipment to the competing consortia. Therefore, he says, there is no violation of the economic order, as the secretariat noted in the order published yesterday. According to the executive, what competitors want is the strategic information related to the Madeira construction process.

**At Camargo Corrêa, SDE's decision has already resulted in telephone calls to GE to arrange meetings and discuss proposals. "Now GE will be able to provide us with the plant's powerhouse design so we may prepare our bids," said João Canellas, Director of Amazônia Madeira Energética.**

## TRANSLATORS' CERTIFICATE

I, Timothy Yuan, hereby certify that I speak and write both the Portuguese and English languages; that I have translated the foregoing **9/15/2007 Valor Article** to the best of my ability; and that it is a true and correct translation to the best of my knowledge, information, and belief.

_____   9/27/07
Signature                                      Date

KAVITHA REDDY
NOTARY PUBLIC-STATE OF NEW YORK
No. 02RE6154611
Qualified in New York County
My Commission Expires October 23, 2010

Kavitha Reddy 9/27/2007

Case 1:07-cv-08014-CM    Document 21-7    Filed 09/27/2007    Page 4 of 5

Sábado, 15 setembro de 2007        ► edições anteriores
ECONOMIA & NEGÓCIOS

ÍNDICE GERAL | ÍNDICE DA EDITORIA | ANTERIOR | PRÓXIMA

Odebrecht deve recorrer de decisão

*Renée Pereira*

A Construtora Norberto Odebrecht não deverá aceitar tão facilmente a decisão da Secretaria de Direito Econômico (SDE). A partir de segunda-feira, a empresa terá cinco dias para apresentar sua defesa. E fará isso. Os advogados já analisam as estratégias para recorrer da medida preventiva divulgada ontem no Diário Oficial da União.

Segundo o diretor da Odebrecht Investimentos em Infra-Estrutura, Irineu Meireles, a notícia sobre o processo administrativo e a anulação das cláusulas contratuais foi recebida com grande surpresa. "Era um processo investigatório em que SDE apenas pediu informações à Odebrecht. A medida preventiva só poderia ser dada depois da nossa defesa e do nosso direito contraditório."

Meireles também afirmou que apresentou à SDE uma série de nomes de empresas que poderiam fornecer equipamentos para os consórcios concorrentes. Portanto, diz ele, não há infração à ordem econômica, como destaca a secretaria no despacho publicado ontem. Para o executivo, o que os concorrentes querem são as informações estratégicas do processo de construção do Madeira.

Na Camargo Corrêa, a decisão da SDE já motivou até telefonemas para a GE para marcar encontro e discutir propostas. "Agora a GE poderá nos dar o desenho da casa de força da usina para podermos fazer nossas propostas", afirmou o diretor da Amazônia Madeira Energética, João Canellas.