UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSTRUTORA NORBERTO ODEBRECHT S.A., | : |
| Plaintiff, | : Civil Action No. |
| v. | : |
| GENERAL ELECTRIC COMPANY, GENERAL ELECTRIC INTERNATIONAL, INC., GE INFRASTRUCTURE, INC., GE POWER SYSTEMS, INC., GE ENERGY LLC and GE HYDRO POWER, INC., | : |
| Defendants. | : |

**DECLARATION OF ALVARO NOVIS**

ALVARO NOVIS, pursuant to 28 U.S.C. 1746, declares as follows:

1. I am the Chief Financial Officer of Odebrecht S.A. Odebrecht S.A. is the holding company of the Odebrecht Group, which includes Construtora Norberto Odebrecht S.A. ("CNO").

2. On August 9, 2007, I attended a meeting with Mr. Adriano Maia, Counsel of CNO, Edwaldo T. Tamberg, Senior Manager of CNO, Mr. Alexande Silva, the CEO of General Electric do Brasil Ltda., and a person introduced by Mr. Silva as his assistant Josie, who was aware of the contractual arrangements between GE and CNO. We later learned that Josie was in fact Josie Jardim, the General Counsel of General Electric do Brasil Ltda.

3. At this meeting, Mr. Maia, Mr. Tamberg and I informed Mr. Silva that the Odebrecht Group and CNO were opposed to General Electric participating with a

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL
DRAFT 9/10/2007

competitive bidder for the Rio Madeira Project and were unwilling to waive General Electric's non-competition obligations.

4. During this discussion, Mr. Silva agreed that it would be very difficult for General Electric to set up a "Chinese wall" that would assure CNO that its confidential information could be protected. Ms. Jardim did not object to this representation by Mr. Silva.

5. We therefore asked Mr. Silva whether General Electric would be willing to make a representation to that effect to the Brazilian government. Mr. Silva said that he would need to consult with General Electric's headquarters in the United States.

6. Few days later, Mr. Silva called me and informed me that this matter was being handled solely by General Electric's U.S. entities, and that General Electric do Brasil Ltda would not be able to provide any assurances to CNO.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 10, 2007

_____
ALVARO NOVIS