```
┌─────────────────────────────┐
│ USDS SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #: _____       │
│ DATE FILED: __9|28|07__      │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

CONSTRUTORA NORBERTO ODEBRECHT S.A.,

                Plaintiff,

v.

GENERAL ELECTRIC COMPANY, GENERAL
ELECTRIC INTERNATIONAL, INC., GE
INFRASTRUCTURE, INC., GE POWER
SYSTEMS, INC., GE ENERGY LLC and
GE HYDRO POWER, INC.,

                Defendants.

_____

Civil Action No.
07-8014 (CM)

[PROPOSED]
ORDER SEALING
DOCUMENTS

      Having considered: 1) plaintiff's request at the September 13, 2007 hearing in this matter to seal the September 12, 2007 Declaration of José Bonifácio Pinto Júnior ("Pinto Declaration"), 2) the September 12, 2007 Declaration of Howard Vickery in support of that request to seal 3) plaintiff's renewed request by letter of September 27, 2007, and 4) plaintiff's request regarding additional documents by an additional letter of September 27, 2007:

      IT IS HEREBY ORDERED that Exhibit D to the Pinto Declaration dated September 12, 2007, to be lodged with the Court this day by plaintiff, shall be filed under seal.

      IT IS FURTHER ORDERED that Exhibits 1-6 to the Supplemental Pinto Declaration dated September 27, 2007, to be lodged with the Court this day by plaintiff, shall be filed under seal.

IT IS FURTHER ORDERED that, to maintain the effect of the seal, the parties,

their counsel and their declarants shall not publicly disseminate or discuss the sealed

documents or their contents absent further order of this Court.

Dated: September 27, 2007
    New York, New York

SO ORDERED.

_____
Hon. Colleen McMahon
United States District Judge

# Boies, Schiller & Flexner LLP

575 Lexington Avenue
New York, New York 10022
(212) 446-2300
Facsimile: (212) 446-2350

## FACSIMILE COVER SHEET
### *PRIVILEGED AND CONFIDENTIAL*

**TO:**   Hon. Colleen McMahon      **FAX:**       212-805-6326

**FROM:**   Howard L. Vickery, Esq.      **CLIENT/MATTER:**   6225.0001

**DATE:**   September 27, 2007      **TOTAL NUMBER OF PAGES:**   4
(Including this cover sheet)

### IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED ABOVE, PLEASE CONTACT US AS SOON AS POSSIBLE AT (212) 446-2300

**MESSAGE:**

Please see the attached.

This facsimile transmission contains confidential and/or legally privileged information from the law firm Boies, Schiller & Flexner LLP intended only for use of the individual(s) named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution of, or the taking of any action in reliance on, the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the documents to us at no cost to you.