

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/07

# WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE
NEW YORK, NY 10153
(212) 310-8000
FAX: (212) 310-8007

BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
PRAGUE
SILICON VALLEY
SINGAPORE
WARSAW
WASHINGTON, D.C.



RECEIVED SEP 28 2007 CHAMBERS OF COLLEEN McMAHON

**MEMO ENDORSED**

VERNON BRODERICK
DIRECT LINE (212) 310-8730
E-MAIL: vernon.broderick@weil.com

September 28, 2007

**BY FACSIMILE**

Honorable Colleen McMahon
United States District Judge
United States District Court
   for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007-1312

    Re:   *CNO v. General Electric, et al.*, 07 Civ. 8014 (CM)

Dear Judge McMahon:

    We represent the defendants in the above-referenced litigation. I write to follow-up on my letter dated September 21, 2007, in which we requested that the Court allow us to submit reply papers on Tuesday, October 2, 2007. In light of the plaintiff's submission of five new declarations totaling over 70 pages, to the extent the Court grants permission for the filing of reply papers, we would request until Wednesday, October 3, 2007 to file such papers.

                                    Respectfully submitted,

                                      Vernon Broderick

cc:   Howard L. Vickery, Esq. (counsel for Plaintiff)

*[Handwritten endorsement by Judge McMahon: "Reply is really not necessary and I doubt I will need one anyway, but if movant wants to have the last word, Oct 3 reply date is fine. There will be NO surreply."]*

NY1: \518433\01\WJXT01!.DOC\47890.0178

TOTAL P.02