# WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE
NEW YORK, NY 10153
(212) 310-8000
FAX: (212) 310-8007

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
MUNICH
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
SINGAPORE
WARSAW
WASHINGTON, D.C.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07
```



RICHARD A. ROTHMAN
DIRECT LINE (212) 310-8426
E-MAIL: richard.rothman@weil.com

## MEMO ENDORSED

October 10, 2007

**BY FACSIMILE**

Honorable Colleen McMahon
United States District Judge
United States District Court
   for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007-1312

*[Handwritten: 10/10/07 — I think I need nothing more to decide the motion — thank you, Mr. Rothman]*

Re:   *CNO v. General Electric, et al.*, 07 Civ. 8014 (CM)

Dear Judge McMahon:

While we do not object to Mr. Vickery's providing the Court with the SDE Orders and judicial decisions that continue to be rendered regarding this matter in Brazil, the editorializing in Mr. Vickery's letter is both inaccurate and inappropriate (and our Brazilian counsel informs us that the translation has inaccuracies). Moreover, the only relevance of the stream of orders and judicial decisions flowing from Brazil to the pending motion is that it underscores that this case belongs in Brazil and should never have been brought before this Court. Thus, while we would be happy to provide the Court with a revised translation and arguments regarding the proper interpretation and significance of the various orders and decisions being issued in Brazil, we do not believe any of that should be necessary and will do nothing further unless and until the Court requests that we do otherwise.

Respectfully submitted,

Richard A. Rothman

cc:   Howard L. Vickery, Esq.
      (counsel for Plaintiff)

NY1:\1520619\02\WLGZ02!.DOC\47890.0178

TOTAL P.02